# MARKETING, CONSULTING AND REVENUE MANAGEMENT AGREEMENT

## EXCLUSIVE AND LIMITED TIME ONLY- PROMOTIONAL AND INVESTMENT GUARANTEE OFFER

This Marketing, Consulting and Revenue Management Agreement ("Agreement") is made by and between OYO Hotels Inc. with principal offices at 1920 McKinney Ave. Dallas, TX 75201 ("OYO") and Chief Hospitality LLC a resident of the United States of America, the legal owner of the hotel facility located at 612 W B St, McCook, NE 69001 (the legal owner referred to as the "Facility Owner" and the hotel facility being referred to as the "Building"), sometimes referred to herein singularly or collectively as "the Parties", is effective on August 12, 2019 or as otherwise agreed between the Parties in writing ("Launch Date").

This is a limited time OYO offer and the Facility Owner has accepted it as part of a limited time only promotional offer. For and in consideration of the promises and obligations of the Parties as specified below, the Parties agree as follows:

1. <u>Term</u>

This Agreement shall be valid for an initial term of 6 years commencing on the date specified above (the "Initial Term"). The Agreement automatically renews for successive one-year terms unless otherwise expressly canceled by either party with a 30 days' prior written notice before the expiration of each one-year term (the Initial Term and the successive one year terms until the Agreement is terminated is collectively referred to as the "Term").

2. <u>Scope of Services</u>

a. OYO will provide the initial capital for improvement to the Facility Owner ("Capital Improvement Investment") to transform the Building's interiors and exterior to bring the Building up to hospitality industry standards (see Exhibit A) and enhance guest experience. Capital Improvement Investment final amounts will be determined by OYO after the successful completion of a transformation audit by OYO which shall not exceed US $ 2000 per room. After making the Capital Improvement Investment, OYO shall be solely responsible for the revenue management of the business connected with the Building.
Oyo will provide one time business advance of $ 20,000 recoverable in 3 months.

b. As part of this exclusive deal OYO will provide the Facility Owner a signing bonus. The signing bonus will be added to the Capital Improvement Investment and the signing bonus will be paid to the Facility Owner when the Building goes live on the online operating system provided by OYO ("OYO OS")/OYO's Hotel Management Software ("OYO HMS"). The sign on bonus will be an amount of US $ 0 per room.

c. Facility Owner is responsible for ensuring that all transformation work completed by non-OYO empaneled contractors is as per OYO pre-approved scope. Facility Owner shall engage licensed and fully bonded contractors to perform the transformation work. OYO will be the sole decision maker in regard to the sufficiency and acceptance of contractors' completed work. Facility Owner Indemnifies and holds OYO harmless for any and all damages, costs incurred and claims made to the extent they arise out of any act or omission of Facility Owner selected contractor. Any Capital Improvement Investment over and above the amount quoted will be the sole responsibility of Facility Owner, including local licenses, permits and approvals. Facility Owner agrees, all required will be completed within 45 days of the Effective Date. If the transformation work is not completed within the foregoing time period, then OYO may deem the Facility Owner to be in breach of this Agreement and OYO may terminate this Agreement and require that all amounts paid by OYO as Capital Improvement Investment and Signing Bonus will be due and payable to OYO immediately.

d. The Building is equipped with 94 guestrooms. All guestrooms will be live and available for booking through the platforms decided by revenue management systems aimed to deliver best returns for the building including but not limited to OYO Platform or any other distribution channel as specified by OYO hotels revenue management teams.

e. The Facility Owner will provide all facilities, equipment and staffing necessary to operate the Building consistent with industry practice. It is expressly understood and agreed that Building personnel will, under no circumstances, be considered or treated as employees of OYO. OYO shall not exert nor shall have any authority to exert any control over the Building's method of operation, or provide any assistance in this regard.

f. OYO endeavors to provide a hassle free and broad credit card acceptance system as a part of its Revenue management service and hence will provide an EDC machine to process electronic transactions. The Facility Owner will maintain and utilize the provided EDC machine to process all electronic transactions at the Building. At the end of the Agreement, the EDC machine will be returned to OYO hotels in good, working condition or the Facility Owner will be billed for the cost of the EDC machine. However, if there are any issues the Facility owner should communicate with OYO SPOC immediately for help.

g. Upon completion of the Building transformation, all revenue management of the hotel will be run as OYO Hotels.

h. OYO will provide revenue management services to the Facility Owner to uplift the overall revenue of the Building; *provided however* that the Facility Owner will remain responsible for the cost of the marketing activities performed by or on its behalf since that will continue to drive up occupancy across different platforms.

i. As part of OYO hotels' revenue management services in connection with the Building, OYO will be solely responsible for setting prices and rates for guestrooms in the Building because of the world class revenue management dynamic pricing system of OYO hotels. The Facility Owner must honor all rates and may not charge a guest a rate checking-in to the Building that is different either more or less than the rate determined by OYO at any time during the Term including but not limited to promotional schemes run by OYO hotels from time to time. OYO agrees to indemnify the facility owner for any loss caused by an OYO guest due to OYOs deposit policy requirements up to a $100 USD per booking capped to 2.8% of Gross revenue (including taxes ) per month subject to submission of proper documents by the facility owner ( photos, receipts, invoices etc.) substantiating the claim.

j. As part of OYO's revenue management services in connection with the Building, OYO will be solely responsible for determining any deposit requirements for guestroom reservations and accommodations. The Facility Owner must honor all deposit requirements and may not charge a guest a deposit that is different either more or less than the deposit set by OYO revenue management teams ensuring the best return.

k. OYO will facilitate reservation or booking of the services at the Building through its OYO Platform (website/mobile app) and such other distribution channels as it determines appropriate. As part of OYO's revenue management services in connection with the Building, OYO will facilitate reservation or booking of the services at the Building through its OYO Platform and such other distribution channels as it determines appropriate.

l. In consideration of the revenue management services provided by OYO pursuant to this Agreement, the Facility Owner shall be obligated to book all sales revenue in connection with the Building on the OYO OS on a gross accounting basis. The Facility Owner will provide OYO with accurate and timely records of its overall sales revenue for the purpose of calculating the fee due to OYO as described below. OYO shall have the right to audit such records at such times and in such manner as it determines reasonable and appropriate.

3. <u>Revenue Guarantee</u>

The Facility Owner and OYO agree to the below Revenue Guarantee Amounts for the specified months during the Term:

Revenue Guarantee Amounts (without taxes)

| Month | Jan | Feb | March | April | May | June | July | August | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Guarantee Amount | 40K | 45K | 60 K | 65K | 90K | 125 K | 130 K | 135 K | 130 K | 100 K | 80 K | 50 K | $1,050,000 |

OYO will pay the owner an amount as per below payout matrix:

| Particulars | Reference |
|---|---|
| Gross Revenues (including all applicable taxes) or OYO Guaranteed Amount, whichever is higher | A |
| Less: 10% of Gross Revenues or OYO Guaranteed Amount, whichever is higher | B |
| Less: 28% of {Gross Revenues Less Oyo Guaranteed Revenue}* | C |
| Payout to owner ** | D = A – B – C |

* *Only where there is a positive difference between Gross revenue and OYO Guaranteed Revenue*
** *Payout to the owner is further subject to taxes as per section 8 below.*

* Need Detail explanation

Revenue Guarantee amounts due will be calculated and reconciled monthly. For the first year of this Agreement, OYO Rooms on a quarterly basis will review and reconcile the Owner payout amounts. If during this period the Gross Revenue exceeds the OYO Guaranteed Revenue totals for the period, any minimum guarantee payments made by OYO during the period shall be deducted from future payments. Thereafter, Revenue Guarantee amounts due will review and reconcile the Owner payout amounts on a yearly basis. If after review the Gross Revenue exceeds the OYO Guaranteed Revenue totals for the period, any minimum guarantee payments made by OYO during the period shall be deducted from future payments.

Revenue Guarantee Amounts stated will begin 30 days after the Go-Live Date or the completion and sign-off by OYO of all items listed in Exhibit A whichever occurs later (refer to section 4). The Revenue Guarantee Amount will be pro-rated based upon the actual number of available rooms every month. If any number of rooms at the Building are blocked during the month (either by Owner or OYO) for any reason including planned or unplanned repair or maintenance, the applicable Revenue Guarantee Amount will be adjusted in a pro-rata manner to correspond with the number of online rooms. For example, if 50% of the rooms are offline for maintenance in April, the applicable Revenue Guarantee Amount will be 50 % of the number stated above for the month of April.

All channel distribution fees will be the responsibility of the Facility Owner. In the event there are outstanding balances with channel distribution partners used by OYO the amount will be paid by OYO and deducted from the revenue generated.

OYO will perform periodic reconciliation of the accounts on a twice a week basis based on the formula provided in the table above. All payments will be paid on or before the 15th of the following month by either Party.

4. Building Go-live

The Capital Improvement Investment along with the Signing bonus shall be invested in the building subject to the below go-live conditions:

a. OYO will make the building live in its revenue management systems within 7 days (Go-Live Date) from signing of this agreement. This would enable minimum downtime and maximum revenue advantage for the owner from the day of signing.

b. Within 7 days of Go-Live Date, the contractual sign-on bonus will be paid to the Facility Owner.

c. 50% of Capital Improvement Investment allocated, will be made available to the Facility Owner within 7 days of the Go-Live Date, 25% of the Capital Improvement Investment will be made available after completion of each of the first 7 transformation clauses in Exhibit A and remaining shall be paid within 7 days of completion of all transformation work required as per Exhibit A.

d. OYO will place "OYO coming soon" signage at the property, this will help the owner create re-call to the passing by guests and drive occupancy by the time property goes live. The "OYO coming soon" signage shall be allowed to be displayed outside the property until permanent OYO signage is put up.

5. Representation and Warranties

Facility Owner represents and warrants to OYO that Facility Owner (a) is solvent and has the ability to honor its commitments as and when they fall due; (b) has the necessary approvals to execute and perform this Agreement; (c) is not subject to any restrictions, covenants or obligations that will affect the execution or performance of this Agreement; (d) has all necessary approvals, permissions, authorizations, consents, clearances and notifications as may be applicable or required from any governmental, regulatory or departmental authority (central or state) to carry on their respective businesses; (e) that the entering of this Agreement will not violate any Applicable Law, registrations, licenses, permits, authorizations or any other contracts entered by him; and (f) that he has full right, title and interest in all the Proprietary Rights which he provides to OYO , for use related to this Agreement, and that any Proprietary Rights so provided by him will not infringe the marks or intellectual property rights of any third party.

6. Indemnity

Facility Owner shall indemnify, defend and hold harmless OYO from and against any and all liability (including each of the respective directors, officers and employees, as the case may be), including but not limited to direct losses or claims, damages, liabilities, expenses and disbursements (including the reasonable fees, expenses and disbursements of attorney and/ or other professional fees and costs) suffered and/ or incurred by OYO (each a "Claim") which may arise out of or as a result of: (i) failure on the part of the Facility Owner to comply with the terms and conditions of this Agreement; (ii) any alleged or actual infringement, whether or not under the applicable laws, of any third party's Proprietary Rights (iii) negligence, misconduct or other tortious conduct, (iv) breach of any applicable law and (v) misrepresentations made herein.

7. Governing Law

The laws of the State of Texas shall govern the provisions of this Agreement, its performance and any dispute arising out of it. Any dispute arising out of or in connection with this Agreement shall be governed in accordance with the laws of the State of Texas and the local courts of Dallas County, Texas shall have jurisdiction to adjudicate the matter.

8. Taxes and Fees

Revenue Management Fees (as described in 'B' in the table above) and the Incremental Percentage Fee (as described in 'C' in the table above) charged by OYO to the Facility Owner for providing services under this Agreement shall be exclusive of all taxes applicable on such transaction as per extant laws. Each Party shall be responsible for payment of all other taxes and fees imposed on its other services or operations, including without limitation all employment taxes, income taxes, Building taxes and the like. The Parties agree to indemnify and reimburse the other Party for any such taxes or fees determined to be the responsibility of the other Party.

9. Termination

Either Party may terminate this Agreement without assigning any cause by giving the other Party a prior written notice of 30 days.

In the event such termination is made during the Initial Term by the Facility Owner or by OYO in case of breach of this Agreement by the Facility Owner, the Facility Owner shall pay OYO an amount that is equal to 1.5 times the unamortized portion of the Capital Improvement Investment (the "Termination Fee"). For illustration, if OYO has made an Capital Improvement Investment $100,000 USD and the Agreement is terminated during the Initial Term after the end of 63 months, then the Termination Fee shall be an amount equal to [(84-63)/84] × 100,000 × 1.0 = $25,000 USD.

Upon termination of this Agreement for whatever reason, the Facility Owner shall immediately remove all OYO branding materials from the Building and dispose of those materials as directed by OYO.

10. Modifications

OYO reserves the right to propose a change in the terms of this Agreement any time during the Term by giving a prior written notice of 15 days to the Facility Owner. If the Facility Owner does not respond in writing to such proposed change within the 15 days, it shall be construed as a deemed acceptance on the part of the Facility Owner of such proposed change in terms of this Agreement.

If the Facility Owner within 15 days expresses its written disagreement to such proposed change in the terms of the Agreement, the Parties shall amicably endeavor to resolve their differences on the proposed change to the terms of the Agreement. If the Parties fail to amicably resolve their differences, the Facility Owner may terminate this Agreement by giving a prior written notice of 30 days.

If the proposed change to the terms of this Agreement does not cause any substantial commercial prejudice to the Facility Owner but despite that the Facility Owner chooses to terminate this Agreement, the Termination Fee shall be payable by the Facility Owner to OYO.

11. Assignment

This Agreement and the rights and responsibilities under it are not assignable by Facility Owner to a third party without the prior written approval of OYO. However, OYO reserves its right to assign the whole or any part of the rights and obligations under this Agreement to any of its group/affiliated companies. For the purpose of this Agreement the term 'affiliate' shall mean any entity that is directly or indirectly (i) controlled by OYO; (ii) controls OYO; or (iii) under the control of the entity that control OYO. In the event OYO assigns this Agreement in favor of any of its affiliated entities, OYO shall notify the Facility Owner about such assignment.

12. Exclusive Provider

In consideration of the services provided by OYO under this Agreement, OYO making the Capital Improvement Investment, giving the sign-on bonus and assuring a minimum guaranteed revenue to the Facility Owner, the Facility Owner undertakes that during the Term of this Agreement, OYO shall be the exclusive provider of the services included in this Agreement. The Facility Owner shall not enter into any other Agreement with a third party relating to its branding, marketing, sales or other services included in this Agreement.

Executed by and on behalf of the respective parties on this 16 day of Aug 2019

OYO Hotels INC

By: ______________________

[Name and Title]

Kevin Turro - Business Development Head

______________________

[Facility Owner's legal name]

By: CDSHAH- Managing Member

[Name and Title]

# Exhibit A

In order to clarify the required the transformation work to be done and approved by OYO the following parameters are to be used for guidance by Facility Owner. This list is not exhaustive and does not guarantee final approval. The list is to be used as guidance to accomplish minimum requirements in the below order and any questions should be directed to OYO prior to commencing work.

1. OYO Hotel Branding & Signage, including:
   a. Exterior Pole Sign / Exterior Monument Sign
   b. Lobby Sign
   c. Door Room Signs
2. Pest Control completed in each room - (i.e. No bed bugs, insects, roaches or rodents in any room)
3. Deep Cleaning - lobby and all rooms, including public and guest restrooms
4. White linens - stain free white sheets, pillows, pillow covers and white quilted blankets/duvets, and white top sheets with red runners and cushions (Red runners and cushions by OYO at $15/bed and will be adjusted from the Capital Improvement Investment by OYO)
5. One-month worth of toiletries will be provided by OYO at $0.50 per unit including; shampoo, body wash and soap and will be adjusted from Capital Improvement Investment. The owner can source them further from OYO and the price will be determined by OYO.
6. Wifi availability in each room
7. All Rooms to be mold free
8. Basic infrastructure of the building and rooms to be maintained (i.e. no roofing issues in the building, no foundation issues, etc.)
9. No visible imperfections at the property, (i.e. scratches, holes or dents in any wall / ceiling at the property)
10. No peeling paint. If paint is peeling or patching is done, paint the whole wall to the best color match
11. No holes, stains or tears in carpet. If there are existing defects, replace entire room carpet with new flooring.
12. Replace any cracked tiles with the best match
13. No deficient caulking around tubs, toilets and showers.
14. No water leaks in the plumbing systems for showers / tubs, water closets and hand sink and faucet
15. Proper functioning of HVAC systems
16. TV in each room
17. All light fixtures to be functional on the property
18. Warm white LED bulbs in each room/reception (2700 - 3000k)

# AMENDMENT 1 TO THE MARKETING AND OPERATIONAL CONSULTING AGREEMENT

This Amendment (the "Amendment") is made by OYO Hotels Inc. ("OYO") and Chief Hospitality LLC ("Facility Owner") the Parties to the Marketing and Operational Consulting Agreement signed August 16, 2019 (the "Agreement").

The parties agree that the Agreement is amended as follows:

1. Section 3 is deleted and replaced by the following:

3. <u>Revenue Guarantee</u>

The Facility Owner and OYO agree to the below Revenue Guarantee Amounts for the specified months during the Term:

Revenue Guarantee Amounts

| **Month** | **Jan** | **Feb** | **March** | **April** | **May** | **June** | **July** | **August** | **Sept** | **Oct** | **Nov** | **Dec** | **Total** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Guarantee Amount | $45,600 | $51,300 | $68,400 | $74,100 | $102,600 | $142,500 | $148,200 | $153,900 | $148,200 | $114,000 | $91,200 | $57,000 | $1,197,000 |

OYO will pay the owner an amount as per below payout matrix:

| Particulars | Reference |
|---|---|
| Gross Revenues (including all applicable taxes) or OYO Guaranteed Amount, whichever is higher | A |
| Less: 10% of Gross Revenues or OYO Guaranteed Amount, whichever is higher | B |
| Less: 28% of {Gross Revenues Less Oyo Guaranteed Revenue}* | C |
| Payout to owner ** | D = A – B – C |

** Only where there is a positive difference between Gross revenue and OYO Guaranteed Revenue*
*** Payout to the owner is further subject to taxes as per section 8 below.*

Revenue Guarantee amounts due will be calculated and reconciled monthly. For the first year of this Agreement, OYO Rooms, on a cumulative monthly basis will review and reconcile the Facility Owner payout amounts. If during this period the Gross Revenue exceeds the OYO Guaranteed Revenue totals for the period, any minimum guarantee payments made by OYO during the period shall be deducted from future payments. Thereafter, Revenue Guarantee amounts due will review and reconcile the Owner payout amounts on a yearly basis. If after review the Gross Revenue exceeds the OYO Guaranteed Revenue totals for the period, any minimum guarantee payments made by OYO during the period shall be deducted from future payments.

Revenue Guarantee Amounts stated will begin 30 days after the Go-Live Date or the completion and sign-off by OYO of all items listed in Exhibit A whichever occurs later (refer to section 4). The Revenue Guarantee Amount will be pro-rated based upon the actual number of available rooms every month. If any number of rooms at the Building are blocked during the month (either by Owner or OYO) for any reason including planned or unplanned repair or maintenance, the applicable Revenue Guarantee Amount will be adjusted in a pro-rata manner to correspond with the number of online rooms. For example, if 50% of the rooms are offline for maintenance in April, the applicable Revenue Guarantee Amount will be 50 % of the number stated above for the month of April.

All channel distribution fees will be the responsibility of the Facility Owner. In the event there are outstanding balances with channel distribution partners used by OYO the amount will be paid by OYO and deducted from the revenue generated.

OYO will perform periodic reconciliation of the accounts on a monthly basis based on the formula provided in the table above. All payments will be paid on or before the 15th of the following month by either Party.

See attached for sample calculations.

Except as set forth in the Amendment, the Agreement is unaffected and shall continue in full force and effect in accordance with its terms. If there is conflict between this Amendment and the Agreement, the terms of this Amendment will prevail.

Executed by and on behalf of the respective parties on this 20th day of Aug, 2019 to be in effect on Aug 2019.

OYO Hotels Inc.

By: ______________________

[Name and Title]

Kevin Turro - Business Development Head

Chief Hospitality LLC

By: CHANDRAKANT SHAH

[Name and Title]

Managing Member