DocuSign Envelope ID: C446887B-0253-40A2-A9C6-B72DDAFB80BC

OYO

March 27, 2020

*Via Email:* *drcdshah@hotmail.com*

Chandrakandt D. Shah
OYO Hotel Alva OK East
800 Oklahoma Blvd.
Alva, OK 73717

Dear Mr. Shah:

As you know, the spread and severity of the Novel Coronavirus (COVID-19) has exponentially increased in the last days and weeks, both in the United States and in other countries around the world.

To combat this pandemic, the state and federal governments have been issuing a variety of directives and orders that have, essentially, precluded individuals and corporations from booking hotel rooms. Your hotel is required to comply with these and all other statutes, regulations, and orders of the state.

The consequence of these directives, legal orders and other developments related to the Coronavirus (COVID-19) crisis makes the guest rooms of your OYO hotel "unavailable" within the meaning of Paragraph 3 of your Marketing, Consulting, and Revenue Management Agreement with OYO. Because the rooms are deemed to be unavailable, the Revenue Guarantee by its terms, among other reasons, will be suspended through September 30, 2020, subject to further review ("Suspension Period").

OYO will also suspend its base commission rate on any revenues during the Suspension Period to the extent that your hotel generates any such revenues permitted under applicable governmental orders.

As we navigate through these unprecedented times, we are committed to helping you and your hotel in the best possible manner. We also encourage you to check with your state's government agencies for any assistance your state might provide to the hospitality industry.

OYO reserves and does not waive all rights under applicable law. Please do not hesitate to reach out to **na.partner.support@oyorooms.com** if you have any questions.

Sincerely,

DocuSigned by:
Venkata Gunnam
6DC7DF8B0FFF43C...

Venkata Gunnam

ENI002