IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHREE VEER CORPORATION and CHIEF HOSPITALITY, LLC, *Plaintiffs,* | § | |
| | § | CIVIL ACTION NO. 3:20-cv-03268-L |
| OYO HOTELS, INC., *Defendant.* | § | |

**MOTION FOR SUMMARY JUDGMENT**

COMES NOW OYO Hotels, Inc. ("OYO" or "Defendant") and files this Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56. As set forth in its Brief in Support of Motion for Summary Judgment ("Brief") submitted contemporaneously herewith, Plaintiffs Shree Veer Corporation ("Shree Veer") and Chief Hospitality, LLC ("Chief Hospitality") (collectively, "Plaintiffs") have brought claims against Defendant for breach of contract and fraud by nondisclosure, fraud and fraudulent inducement. Plaintiffs have no evidence to support specific elements of their claims. Accordingly, and for the reasons stated in Defendant's Brief (which is fully incorporated herein by reference), Defendant respectfully requests that the Court grant its Motion for Summary Judgment and dismiss Plaintiffs' claims.

Respectfully submitted,

**FRIEDMAN & FEIGER, L.L.P.**

By: /s/ *James R. Krause*

**Lawrence J. Friedman**
State Bar No. 07469300
lfriedman@fflawoffice.com
**James R. Krause**
State Bar No. 11714525
jkrause@fflawoffice.com
Carter Boisvert
State Bar No. 24045519
cboisvert@fflawoffice.com

Dominion Plaza West
17304 Preston Road, Suite 300
Dallas, Texas 75252
(972) 788-1400 (Telephone)
(972) 788-2667 (Telecopier)

**ATTORNEYS FOR**
**OYO HOTELS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Brief in Support of Motion for Summary Judgment filed by OYO Hotels, Inc. has been served on all Counsel of record via the Court's Electronic Filing/Notification System on this 15th day of November 2024.

/s/ *James R. Krause*
James R. Krause