**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SHREE VEER CORPORATION,** ***on behalf of themselves and all other similarly situated,*** **and CHIEF HOSPITALITY, LLC,** ***Plaintiffs*****,** | § § § § | **CIVIL ACTION NO: 3:20-CV-3268-L** |
| **v.** | § § | |
| **OYO HOTELS, INC.,** ***Defendant*****.** | § § | |

---

**PLAINTIFFS' RESPONSE TO FRIEDMAN & FEIGER LLP, LAWRENCE J. FRIEDMAN AND JAMES R. KRAUSE'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT OYO HOTELS, INC.**

---

COME NOW, Shree Veer Corporation and Chief Hospitality, LLC, Plaintiffs, and OYO Hotels, Inc., Defendant, in the above entitled and numbered civil action and respectfully file this *Response to Friedman & Feiger LLP, Lawrence J. Friedman and Jame R. Krause's Motion to Withdrawal as Counsel for Defendant OYO Hotels, Inc.* (ECF Doc. 109), to wit:

1. Defendant's current counsel of record is the fourth law firm to represent Defendant in this dispute.
2. This case was filed nearly five years ago and is ripe for trial.
3. Plaintiffs certainly understand that circumstances can arise that prohibit the effective representation of a client.
4. While Plaintiffs do not necessarily oppose the withdraw sought by Defendant's counsel, Plaintiffs do oppose any further delay caused by OYO.

Respectfully submitted,

*/s/ Beau Powell*

EVAN LANE (VAN) SHAW
State Bar No. 18140500
JEREMY B. (BEAU) POWELL
State Bar No. 24099163
DAVID J. WELCH
State Bar No. 24098593
LAW OFFICES OF VAN SHAW
2723 Fairmount
Dallas, Texas 75201
(214) 754-7110
FAX NO. (214) 754-7115
van@shawlaw.net
beau@shawlaw.net
david@shawlaw.net

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause in accordance with the Rules of Civil Procedure, on this 6th day of October 2025.

*/s/ Beau Powell*
JEREMY B. (BEAU) POWELL