**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SHREE VEER CORPORATION and CHIEF HOSPITALITY LLC** | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | **CIVIL ACTION NO. 3:20-cv-03268-L** |
| v. | § | |
| | § | |
| **OYO HOTELS INC.,** | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

**AFFIDAVIT**

STATE OF Texas

COUNTY OF Collin

BEFORE ME, the undersigned Notary Public, this day personally appeared Carine Tillman, duly authorized representative of OYO HOTELS INC. ("OYO") who, first being duly sworn, deposes and states:

1. I am over 18 years of age, am of sound mind, and am otherwise *sui juris.*

2. I make this Affidavit based upon my personal knowledge and/or my review of the regularly kept records of OYO, which records are maintained in the ordinary course of business.

3. I am an authorized representative for OYO, and am familiar with the Court's November 19, 2025 Order permitting the withdrawal of OYO's former counsel, Messrs. Lawrence J. Friedman and James R. Krause, and directing OYO to obtain new counsel by Friday, December 5, 2025.

4. OYO contacted and retained the law firm of McGlinchey Stafford on November 19, 2025, and was informed that a Notice of Appearance would be filed with the Court on the following day in compliance with the above-described Order.

5. OYO did in fact retain counsel prior to the expiration of the Court's deadline, despite the fact that an Appearance was not filed until December 8, 2025.

FURTHER AFFIANT SAYETH NAUGHT.

**OYO HOTELS INC.**

Carine E. Tillman

By: Carine Tillman

As Its: Authorized Representative

STATE OF Texas

COUNTY OF Collin

The foregoing instrument was SWORN TO AND SUBSCRIBED before me via [X] physical presence or [ ] online presence this 19 day of December 2025 by Carine Tillman in ~~his~~ her capacity as Litigation Lead for OYO HOTELS INC., on behalf of said company, who personally appeared and proved on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument, and acknowledged that he executed the same.

WITNESS MY HAND AND OFFICIAL SEAL.

(Signature of Notary)

Elias E. Olvera III

Print

My Commission Expires: 10/17/2026

NOTARY PUBLIC STATE OF TEXAS
ELIAS ENOCH OLV...
MY COMMISSION EXPIRES
10/17/2026
NOTARY ID: 13393175-3

NOTARY PUBLIC STATE OF TEXAS
ELIAS ENOCH OLVERA III
MY COMMISSION EXPIRES
10/17/2026
NOTARY ID: 13393175-3