**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SHREE VEER CORPORATION and CHIEF HOSPITALITY LLC** | § | |
| | § | |
| ***Plaintiffs,*** | § | |
| | § | **CIVIL ACTION NO. 3:20-cv-03268-L** |
| **v.** | § | |
| | § | |
| **OYO HOTELS INC.,** | § | |
| | § | |
| ***Defendant.*** | § | |
| | § | |

**ORDER DENYING PLAINTIFFS' SECOND MOTION TO STRIKE DEFENDANT'S PLEADINGS AND FOR ENTRY OF DEFAULT JUDGMENT**

On the date set forth below came on for consideration Plaintiffs Shree Veer Corporation and Chief Hospitality, LLC's ("Plaintiffs") Second Motion to Strike Defendant's Pleadings and for Entry of Default Judgment. After consideration of the motion and response in opposition to same, this Court is of the opinion that the motion should be, and is hereby, denied.

IT IS THEREFORE ORDERED that Plaintiff's Second Motion to Strike Defendant's Pleadings and for Entry of Default Judgment is in all things denied.

IT IS THEREFORE ORDERED that Defendant's December 8, 2025 Notice of Appearance stands as filed.

SIGNED this ___________________________, 202_________.

_____________________________________
DISTRICT JUDGE PRESIDING