**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SHREE VEER CORPORATION,** *on behalf of themselves and all others similarly situated,* **and CHIEF HOSPITALITY, LLC,** | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. **3:20-CV-3268-L** |
| **OYO HOTELS, INC.,** | § | |
| Defendant. | § | |

**ORDER**

Before the court are the following Motions:

1. Defendant's Motion for Leave to File Surreply to Plaintiffs' Second Motion to Strike Defendant's Pleadings and for Entry of Default Judgment ("Motion 1") (Doc. 122), filed January 12, 2026;

2. Plaintiffs' Agreed Emergency Motion to Continue January 27, 2026 Hearing ("Motion 2") (Doc. 125), filed January 14, 2026; and

3. Motion to Withdraw R. Dwayne Danner as Counsel of Record ("Motion 3") (Doc. 126), filed January 14, 2026.

The court now rules on Motion 1. The court **grants** Motion 1 and **directs** the clerk to file it, which is attached as Document 122-1. Plaintiffs may file a Response to the Surreply no later than **January 22, 2026**. The Response may not exceed seven pages, exclusive of the signature page and certificate of service pages.

With respect to Motion 2, the court **grants** it because good cause has been shown, and it is unopposed. The parties are to confer and provide by **January 21, 2026**, four separate dates that fall within the next thirty days in which they are available to meet with the court for a hearing.

**These dates are not to run consecutively**. The court further **directs** Defendant to have someone at the hearing **in person** who is authorized to speak on its behalf. **No** excuses will be accepted by the court for an authorized person not appearing. The court expects the hearing to last no more than **two** hours. Once the court receives the requested information from the parties, it will reset the hearing that was originally scheduled for January 27, 2026.

With respect to Motion 3, the court **grants** the Motion because it is unopposed (Doc. 127). Accordingly, the court **allows** Mr. R. Dwayne Danner of the law firm of McGlinchey Stafford, PLLC to withdraw as counsel for Defendant, and he is relieved of any further obligation to or representation of Defendant in this case. Defendant will continue to be represented by Ms. Chantel Wonder as counsel of record of the law firm McGlinchey Stafford, PLLC.

Finally, with respect to Plaintiffs' Second Motion to Strike (Doc. 117), the court will rule on it as expeditiously as possible after the new reset hearing occurs.

**It is so ordered** this 16th day of January, 2026.

Sam A. Lindsay
United States District Judge