IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SHREE VEER CORPORATION,** *on behalf of themselves and all others similarly situated,* **and CHIEF HOSPITALITY, LLC,** | § | |
| Plaintiffs, | § | |
| **v.** | § | **Civil Action No. 3:20-CV-3268-L** |
| **OYO HOTELS, INC.,** | § | |
| Defendant. | § | |

**ORDER**

In its Order (Doc. 124), filed on January 13, 2025, the court set pending motions in this case for a hearing on January 27, 2025. In its Order (Doc. 128), filed on January 16, 2026, the court continued the hearing and ordered the parties to confer and provide by January 21, 2026, four separate dates that fall within the next thirty days in which they are available to meet with the court for a hearing. Plaintiffs Shree Veer Corporation and Chief Hospitality, LLC ("Plaintiffs") filed their Notice of Available Hearing Dates (Doc. 130) on January 21, 2026. The court has not heard from Defendant OYO Hotels, Inc ("Defendant") about its availability. While the court has not been notified about Defendant's availability for a hearing, the court was contacted by Defendant's counsel the week of January 12, 2026, about a continuation of the original hearing date and Defendant's counsel indicated that they were looking at dates approximately 30 days out.

The court hereby **resets** the hearing for **Thursday, February 12, 2026, at 10:00 a.m.** in the undersigned's courtroom, 15th floor, 1100 Commerce Street, Dallas, Texas 75242. Given this case's history, it has been unnecessarily prolonged. If nobody is present representing Defendant

on February 12, 2026, the court will move forward with the hearing. The court has experienced enough delays caused by Defendant or Defendant's counsel.

**It is so ordered** this 22nd day of January, 2026.

Sam A. Lindsay
United States District Judge