**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SHREE VEER CORPORATION,** ***on behalf of themselves and all others similarly situated*****, and CHIEF HOSPITALITY, LLC,** | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **Civil Action No.: 3:20-cv-3268-L** |
| **OYO HOTELS, INC.,** | § | |
| ***Defendant,*** | § | |

**NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES FOR SERVICE OF PLEADINGS**

**PLEASE TAKE NOTICE** that CHRISTOPHER E. BROWN, ESQ., of KAUFMAN DOLOWICH LLP, attorney duly admitted to this Court, hereby appears as counsel for Defendant, OYO HOTELS, INC., and notice is given that a copy of all future correspondence and litigation documents be served upon the undersigned at the following primary and secondary email addresses:

Primary E-Mail Address: cbrown@kaufmandolowich.com
Primary E-Mail Address: sfranchi@kaufmandolowich.com

Dated: January 28, 2026.

Respectfully submitted,

KAUFMAN | DOLOWICH LLP

/s/ Christopher E. Brown
**CHRISTOPHER E. BROWN, ESQUIRE**
Texas Bar No.: 24145884
Email: cbrown@kaufmandolowich.com
14643 Dallas Parkway, Suite 550
Dallas, TX 75254
Main: 972-781-2400
Fax: 972-781-2401

## CERTIFICATE OF SERVICE

I certify that on January 28, 2026, a true and correct copy of the foregoing was served on all parties and/or counsel of record as indicated below pursuant to Rule 21a of the Texas Rules of Civil Procedure.

**Via Electronic Filing/Service**

SHAW WELCH POWELL
Beau Powell, Esq.
2723 Fairmount
Dallas, Texas 75201
(214) 754-7110
FAX NO. (214) 754-7115
van@shawlaw.net
beau@shawlaw.net
david@shawlaw.net

*/s/ Christopher E. Brown*___________
*CHRISTOPHER E. BROWN, ESQ*