**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SHREE VEER CORPORATION, *on behalf of themselves and all other similarly situated*, and CHIEF HOSPITALITY, LLC, *Plaintiffs*,** | § § § § | **CIVIL ACTION NO: 3:20-CV-3268-L** |
| **v.** | § § | |
| **OYO HOTELS, INC., *Defendant*.** | § § | |

**PLAINTIFFS' STATEMENT IN SUPPORT OF REQUEST FOR ATTORNEY'S FEES**

COME NOW, Shree Veer Corporation and Chief Hospitality, LLC, Plaintiffs in the above entitled and numbered civil action, and pursuant to the Court's February 13, 2026 Order (ECF Doc. 134), submits this *Statement in Support of Request for Attorney's Fees*:

1. This *Statement in Support of Request for Attorney's Fees* is supported by the declaration of Beau Powell, attached hereto as Exhibit 1, as well as the fee statements of Plaintiffs' counsel, true and correct copies of which are attached hereto as Exhibit 2 and Exhibit 3.
2. Plaintiffs' counsel's fee in this matter is completely contingent on the results obtained of 40% of any recovery, irrespective of any offsets or counterclaims, less litigation expense reimbursements.
3. However, if the entire fee is determined on an hourly basis, an hourly rate of $650.00 for Van Shaw, an hourly rate of $550.00 for David Welch, an hourly rate of $550.00 for Beau Powell, and an hourly rate of $325.00 for Shawn Desai, and the time spent on this case were reasonable and necessary in Dallas County, Texas and Tarrant County and surrounding areas.
4. While Plaintiffs' counsel has been engaged on a contingency fee basis, Plaintiffs' counsel

has maintained hourly records of all time expended on this matter. *See* Exhibit 2 and Exhibit 3.

5. Plaintiffs incurred the following fees in connection with the matters set forth in the Court's February 13, 2026 Order (ECF Doc. 134):

    a. Shaw Welch Powell – $32,537.50 (Exhibit 2 at pp. 13-21, highlighted in yellow)

    b. Desai Legal Services, PLLC - $1,625.00 (Exhibit 3)

6. Additionally, had this case proceeded to trial in December 2024 (as scheduled before the withdrawal of Defendant's third law firm), Plaintiffs would not have incurred the following fees (in addition to those set forth in ¶¶ 4(a)-(b) above):

    a. Shaw Welch Powell – $44,512.50 (Exhibit 2 at pp. 15-19, highlighted in green).

7. All of the foregoing fees were incurred in connection with work that was both reasonable and necessary and are based on reasonable hourly rates.

Respectfully submitted,

*/s/ Beau Powell*

EVAN LANE (VAN) SHAW
State Bar No. 18140500
JEREMY B. (BEAU) POWELL
State Bar No. 24099163
DAVID J. WELCH
State Bar No. 24098593
SHAW WELCH POWELL
2723 Fairmount
Dallas, Texas 75201
(214) 754-7110
FAX NO. (214) 754-7115
van@shawlaw.net
beau@shawlaw.net
david@shawlaw.net

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause in accordance with the Rules of Civil Procedure, on this 17th day of February 2026.

*/s/ Beau Powell*
JEREMY B. (BEAU) POWELL