**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SHREE VEER CORPORATION,** ***on behalf of themselves and all other similarly situated,*** **and CHIEF HOSPITALITY, LLC,** ***Plaintiffs*****,** | § § § § | **CIVIL ACTION NO: 3:20-CV-3268-L** |
| **v.** | § § | |
| **OYO HOTELS, INC.,** ***Defendant.*** | § § | |

**DECLARATION OF BEAU POWELL**

1. My name is Jeremy B. ("Beau") Powell. I am over 21 years of age, of sound mind, have never been convicted of a felony, and am fully competent and able to testify to all matters attested to herein.

2. I am one of the attorneys representing both Shree Veer Corporation and Chief Hospitality, LLC (collectively "Plaintiffs") in the above-styled matter. I have personal knowledge of the facts stated herein and they are all true and accurate. My personal knowledge of the facts stated herein arises from my representation of Plaintiffs and my dealings and communications with counsel for OYO Hotels, Inc. ("OYO").

3. Regarding the reasonable and necessary fees incurred by Plaintiffs, and pursuant to the Court's February 13, 2026 Order (ECF Doc. 134), my opinion is:

    a. Plaintiffs' counsel's fee in this matter is completely contingent on the results obtained of 40% of any recovery, irrespective of any offsets or counterclaims, less litigation expense reimbursements.

    b. However, if the entire fee is determined on an hourly basis, an hourly rate of $650.00 for Van Shaw, an hourly rate of $550.00 for David Welch, an hourly rate of $550.00 for Beau Powell, and an hourly rate of $325.00 for Shawn Desai, and the time spent on this case were reasonable and necessary in Dallas County, Texas and Tarrant County and surrounding areas.


**EXHIBIT 1**

c. While Plaintiffs' counsel has been engaged on a contingency fee basis, Plaintiffs' counsel has maintained hourly records of all time expended on this matter. *See* Exhibit 2 and Exhibit 3.

d. Plaintiffs incurred the following fees in connection with the matters set forth in the Court's February 13, 2026 Order (ECF Doc. 134):

   i. Shaw Welch Powell – $32,537.50 (Exhibit 2 at pp. 13-21, highlighted in yellow)

   ii. Desai Legal Services, PLLC - $1,625.00 (Exhibit 3)

e. Additionally, had this case proceeded to trial in December 2024 (as scheduled before the withdrawal of Defendant's third law firm), Plaintiffs would not have incurred the following fees (in addition to those set forth in ¶¶ d(i)-(ii) above):

   i. Shaw Welch Powell – $44,512.50 (Exhibit 2 at pp. 15-19, highlighted in green).

4. I am a custodian of records at Shaw Welch Powell ("SWP") and am familiar with the manner in which its records are kept. Attached as Exhibit 2 to *Plaintiffs Statement in Support of Request for Attorney's Fees* are twenty-one (21) pages of business records of SWP. These twenty-one (21) pages of records are kept in the regular course of business, and it was the regular course of business of SWP for an employee or representative with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are exact duplicates of the original.

I declare under penalty of perjury that the foregoing is true and correct.

*<u>/s/ Beau Powell</u>*
Jeremy B. ("Beau") Powell

Executed on the 17th day of February, 2026.