# SHAW WELCH POWELL


ATTORNEYS AT LAW

VAN SHAW*
JANET R. RANDLE
DAVID J. WELCH
J. BEAU POWELL
---------
*BOARD CERTIFIED IN PERSONAL INJURY
*CERTIFIED PUBLIC ACCOUNTANT

2723 FAIRMOUNT
DALLAS, TEXAS 75201
(214) 754-7110
FAX NO. (214) 754-7115

www.shawlaw.net
van@shawlaw.net
janet@shawlaw.net
david@shawlaw.net
beau@shawlaw.net

DANIEL K. HAGOOD
OF COUNSEL
---------
CERTIFIED PARALEGALS
RHONDA VINCENT
APRIL S. SUMNER


February 17, 2026

Dr. Chandrakant Shah
SHREE VEER CORP.
800 Oklahoma Blvd.
Alva, OK 73717

PH 219-513-0997

drcdshah@hotmail.com
shawn@desailegalservices.com

In Reference To: VEER VS. OYO HOTELS
Invoice #12108

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/15/2020 | BP | COMMS CO-COUNSEL; COM IN FIRM | 0.75<br>550.00/hr | 412.50 |
| 8/18/2020 | BP | COMMS CO COUNSEL; DIARY | 0.25<br>550.00/hr | 137.50 |
| 8/19/2020 | BP | WK ON FEE AGRMNT; COMMS CO COUNSEL; WK ON | 0.75<br>550.00/hr | 412.50 |
| 8/20/2020 | BP | COMMS IN FIRM/ CO COUNSEL; WK ON FEE AGRMNT; LEGAL RESEARCH | 1.00<br>550.00/hr | 550.00 |
| 8/21/2020 | BP | REC/REV SIGNED FEE AGRMNT; COMM IN FIRM | 0.25<br>550.00/hr | 137.50 |
| 8/23/2020 | BP | REC/REV COMM CO COUNSEL; COMM CO COUNSEL | 0.25<br>550.00/hr | 137.50 |
| 8/26/2020 | BP | COMMS CO COUNSEL; LEGAL RESEARCH; DIARY | 1.00<br>550.00/hr | 550.00 |
| 8/28/2020 | BP | COMMS CO COUNSEL; WK ON PET; DIARY | 1.25<br>550.00/hr | 687.50 |
| 9/4/2020 | BP | WK ON PET | 0.75<br>550.00/hr | 412.50 |
| 9/21/2020 | BP | WK ON PET | 1.00<br>550.00/hr | 550.00 |
| 9/22/2020 | BP | WK ON PET | 0.50<br>550.00/hr | 275.00 |



**EXHIBIT 2**

Dr. Chandrakant Shah

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/8/2020 | BP | COMMS ATTY; WK ON PET | 0.75<br>550.00/hr | 412.50 |
| 10/9/2020 | BP | WK ON PET | 1.00<br>550.00/hr | 550.00 |
| 10/12/2020 | BP | WK ON PET; COMM IN FIRM | 1.00<br>550.00/hr | 550.00 |
| 10/16/2020 | BP | WK ON PET; | 1.00<br>550.00/hr | 550.00 |
| 10/21/2020 | BP | WK ON PETITION; COMMS CO-COUNSEL | 3.00<br>550.00/hr | 1,650.00 |
| 10/22/2020 | BP | COMM CO COUNSEL; CONF CALL W CLT | 0.75<br>550.00/hr | 412.50 |
| 10/26/2020 | BP | WK ON PLDG; COMMS IN FIRM; CONF CALL W CLTS; FINALIZE PET | 3.00<br>550.00/hr | 1,650.00 |
| 10/27/2020 | BP | FINALIZE PET; COMM IN FIRM; FILE | 1.25<br>550.00/hr | 687.50 |
| 10/28/2020 | VS | REC OF REMOVAL - RESEARCH - DRAFT LETTER COUNSEL - DIARY - WORK ON / COUNTER CLAIM - WK ON CERT IF INTERESTED - RESEARCH COUNTER CLAIM - COMM SHAWN - DR | 7.75<br>650.00/hr | 5,037.50 |
| | BP | REC/REV DEF REMOVAL AND EFILINGS; LEGAL RESEARCH; COMM CO COUNSEL | 1.50<br>550.00/hr | 825.00 |
| 10/29/2020 | BP | COMMS CO COUNSEL; COMMS IN FIRM; WK ON | 0.75<br>550.00/hr | 412.50 |
| 10/31/2020 | VS | WK ON REMAND - RESEARCH | 5.75<br>650.00/hr | 3,737.50 |
| 11/2/2020 | BP | REC/REV COMM CO COUNSEL; COMM IN FIRM; COMM CO COUNSEL/DIARY CONF CALL | 1.00<br>550.00/hr | 550.00 |
| 11/4/2020 | BP | CONF CALL W CLTS | 0.75<br>550.00/hr | 412.50 |
| 11/8/2020 | BP | COMMS CO COUNSEL; WK ON | 0.50<br>550.00/hr | 275.00 |
| 11/10/2020 | VS | COMM DR SHAH - BEAU - SHAWN - WK ON REMAND | 2.50<br>650.00/hr | 1,625.00 |
| 11/12/2020 | BP | REC/REV COMM CT | 0.25<br>550.00/hr | 137.50 |

**EXHIBIT 2**

Dr. Chandrakant Shah

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/13/2020 | BP | REC/REV CLTD; COMMS CLT; WK ON CONF CALL; DIARY | 1.00<br>550.00/hr | 550.00 |
| 11/16/2020 | VS | COMM CLT - ATYS - WK ON REMAND - PROCEEDING - RESEARCH | 1.75<br>650.00/hr | 1,137.50 |
| | BP | COMMS IN FIRM; COMMS CO COUNSEL; CONF CALL; WK ON REMAND | 2.50<br>550.00/hr | 1,375.00 |
| 11/17/2020 | VS | REC OF MOTION TO DISMISS - EX - BEGIN REV -RESEARCH | 3.00<br>650.00/hr | 1,950.00 |
| 11/18/2020 | BP | REC/REV DEF M2DISMISS; COMMS CO COUNSEL; REV OYO FILINGS | 2.50<br>550.00/hr | 1,375.00 |
| 11/24/2020 | BP | COMMS CLT; COMM ATTY; WK ON CERT INT PERSONS | 0.75<br>550.00/hr | 412.50 |
| 11/25/2020 | BP | LEGAL RESEARCH; WK ON REMAND | 2.50<br>550.00/hr | 1,375.00 |
| 11/27/2020 | BP | LEGAL RESEARCH; WK ON REMAND | 6.00<br>550.00/hr | 3,300.00 |
| 11/30/2020 | BP | COMMS IN FIRM; COMM CLT; DIARY | 0.50<br>550.00/hr | 275.00 |
| 12/3/2020 | BP | REC/REV NOA; COMM IN FIRM; WK ON PLDG/M2D | 2.50<br>550.00/hr | 1,375.00 |
| 12/6/2020 | BP | LEGAL RESEARCH; WK ON PLDG; WK ON M2D RESP | 3.00<br>550.00/hr | 1,650.00 |
| 12/7/2020 | BP | WK ON AMD PLDG; WK ON 12B6 RESP; LEGAL RESEARCH | 3.50<br>550.00/hr | 1,925.00 |
| 12/8/2020 | VS | COMM ATY SHAWN - RESEARCH - WK ON REMAND | 3.75<br>650.00/hr | 2,437.50 |
| | BP | LEGAL RESEARCH; COMMS CO COUNSEL; FINALIZE AMD PLDG; FINALIZE 12B6 RESP; FILE | 6.00<br>550.00/hr | 3,300.00 |
| 12/9/2020 | VS | REC OF FED CT ORDER DENYING DISMISSAL - WK ON NEW CLAIMS - DAMAGES | 1.50<br>650.00/hr | 975.00 |
| | BP | REC/REV COMMS CO COUNSEL/CLTD; REC/REV CT ORD RE 12B6 | 0.50<br>550.00/hr | 275.00 |
| 12/20/2020 | BP | REC/REV OYO RESP VENUE; COMM IN FIRM; DIARY | 1.00<br>550.00/hr | 550.00 |
| 12/21/2020 | BP | COMMS IN FIRM; WK ON | 0.75<br>550.00/hr | 412.50 |

**EXHIBIT 2**

Dr. Chandrakant Shah

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/23/2020 | BP | REC/REV 12B6; COMMS IN FIRM; DIARY | 1.25<br>550.00/hr | 687.50 |
| 1/1/2021 | BP | WK ON REPLY RE REMAND | 1.25<br>550.00/hr | 687.50 |
| 1/3/2021 | BP | REC/REV COMM CO COUNSEL; WK ON | 0.50<br>550.00/hr | 275.00 |
| 1/11/2021 | BP | COMMS CO COUNSEL; WK ON 12B6 RESP | 2.50<br>550.00/hr | 1,375.00 |
| 1/12/2021 | BP | LEGAL RESEARCH; WK ON 12B6 RESP | 5.25<br>550.00/hr | 2,887.50 |
| 1/27/2021 | VS | REC OF OYO REPLY - REV- RESEARCH - WK ON DISC | 1.50<br>650.00/hr | 975.00 |
| | BP | REC/REV DEF RPLY RE 12B6; COMMS IN FIRM | 1.00<br>550.00/hr | 550.00 |
| 3/4/2021 | BP | COMMS CO COUNSEL; WK ON DISCO; COMM IN FIRM | 1.50<br>550.00/hr | 825.00 |
| 6/21/2021 | BP | REC/REV CT ORDER; COMM IN FIRM | 0.75<br>550.00/hr | 412.50 |
| 6/22/2021 | BP | COMM IN FIRM; COMM CO COUNSEL | 0.50<br>550.00/hr | 275.00 |
| 10/1/2021 | BP | REC/REV CT OPINION; COMM FIRM/CLT; DIARY | 1.50<br>550.00/hr | 825.00 |
| 10/5/2021 | BP | WK ON AMD PLDG | 1.25<br>550.00/hr | 687.50 |
| 10/6/2021 | BP | WK ON AMD PLDG; COMMS CO COUNSEL; FINALIZE AMD PLDG; FILE | 2.25<br>550.00/hr | 1,237.50 |
| | VS | WK ON AMENDED- REV - RESEARCH | 3.25<br>650.00/hr | 2,112.50 |
| 10/7/2021 | BP | REC/REV COMM ATTY; COMM FIRM; COMM ATTY; COMM FIRM; DIARY | 0.50<br>550.00/hr | 275.00 |
| 10/15/2021 | BP | REC/REV DEF M4EXT; COMM FIRM; DIARY | 0.50<br>550.00/hr | 275.00 |
| 10/18/2021 | BP | REC/REV CT ORDER; COMM FIRM; DIARY | 0.50<br>550.00/hr | 275.00 |
| 11/4/2021 | VS | REC OF MOTION TO DISMISS - RESEARCH - WK ON - DIARY | 3.75<br>650.00/hr | 2,437.50 |

**EXHIBIT 2**

Dr. Chandrakant Shah

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/4/2021 | BP | REC/REV DEF 12B6; COMMS CO COUNSEL; LEGAL RESEARCH; DIARY | 2.50<br>550.00/hr | 1,375.00 |
| 11/19/2021 | BP | WK ON RESP 12B6 | 1.25<br>550.00/hr | 687.50 |
| 11/21/2021 | BP | WK ON RESP 12B6 | 2.50<br>550.00/hr | 1,375.00 |
| 11/23/2021 | VS | WK ON RESP TO PARTIAL MOTION TO DISMISS | 3.50<br>650.00/hr | 2,275.00 |
| | BP | LEGAL RESEARCH; WK ON 12B6 RESP; COMM CO COUNSEL | 6.50<br>550.00/hr | 3,575.00 |
| 11/24/2021 | BP | COMMS CO COUNSEL; FINALIZE 12B6 RESP; FILE | 2.00<br>550.00/hr | 1,100.00 |
| 12/9/2021 | VS | REV REPLY BRIEF- RESEARCH | 1.50<br>650.00/hr | 975.00 |
| | BP | REC/REV DEF 12B6 REPLY; COMM FIRM; DIARY | 1.75<br>550.00/hr | 962.50 |
| 2/4/2022 | BP | COMMS ATTY | 0.25<br>550.00/hr | 137.50 |
| 2/9/2022 | VS | COMM SHAWN - BP - ATY P - WK ON CLAIMS | 1.25<br>650.00/hr | 812.50 |
| | BP | CONF CALL W/ CO COUNSEL; WK ON FOLLOW UP | 1.50<br>550.00/hr | 825.00 |
| 7/7/2022 | BP | REC/REV COMM CLT; COMM CLT | 0.25<br>550.00/hr | 137.50 |
| 7/11/2022 | VS | COMM CLT - RESEARCH | 2.25<br>650.00/hr | 1,462.50 |
| 7/28/2022 | VS | COMM DR SHAH - SHAWN - RESEARCH - WK ON PET - CLAIM | 2.50<br>650.00/hr | 1,625.00 |
| 8/29/2022 | BP | REC/REV ATTY EFILE | 0.25<br>550.00/hr | 137.50 |
| 9/9/2022 | BP | REC/REV CT ORD; COMM FIRM; REC/REV COMMS CLT/CO-COUNSEL | 0.75<br>550.00/hr | 412.50 |
| 9/11/2022 | VS | REV CT MEMO- RESEARCH - WK ON DISC | 4.50<br>650.00/hr | 2,925.00 |
| 9/14/2022 | VS | CONV ATY Pimal Patel 713-893-3646 / WK ON / COMM SHAWN - COMM DR SHAH | 2.50<br>650.00/hr | 1,625.00 |

**EXHIBIT 2**

Dr. Chandrakant Shah

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/26/2022 | BP | LEGAL RESEARCH; DIARY | 0.75<br>550.00/hr | 412.50 |
| 9/27/2022 | VS | REC OF OFO ANS TO 2ND AMENDED COMPLAINT - REV-RESEARCH - | 3.25<br>650.00/hr | 2,112.50 |
| 10/5/2022 | BP | COMM FIRM; COMM ATTY; DIARY | 0.50<br>550.00/hr | 275.00 |
| 12/8/2022 | VS | COMM SHAWN - WK ON SETTLEMENT - RESEARCH | 4.25<br>650.00/hr | 2,762.50 |
| | BP | REC/REV COMMS CLT / CO-COUNSEL; COMM FIRM | 0.50<br>550.00/hr | 275.00 |
| 2/20/2023 | BP | COMMS CO COUNSEL; DIARY | 0.25<br>550.00/hr | 137.50 |
| 2/21/2023 | BP | COMMS CO COUNSEL; REC/REV DEF M4WITHDRAW | 0.25<br>550.00/hr | 137.50 |
| 2/27/2023 | BP | REC/REV ORDER RE WITHDRAWAL; REC/REV STATUS REPT ORD; COMM FIRM; DIARY | 0.50<br>550.00/hr | 275.00 |
| 3/1/2023 | VS | WK ON ATY CONF - COMM ATYS | 0.50<br>650.00/hr | 325.00 |
| | BP | COMMS FIRM; COMM ATTY; DIARY | 0.25<br>550.00/hr | 137.50 |
| 3/2/2023 | BP | COMMS ATTYS/WK ON R 26 MTG; DIARY | 0.50<br>550.00/hr | 275.00 |
| 3/8/2023 | VS | WK ON RULE 26 - COMM CO COUNSEL - WK ON FOLLOW-UP - RESEARCH ALL CLASS ACTIONS | 4.75<br>650.00/hr | 3,087.50 |
| | BP | R 26 CONF; WK ON FU/STATUSREPT/SCHED ORD | 2.25<br>550.00/hr | 1,237.50 |
| 3/13/2023 | BP | COMMS FIRM; DIARY | 0.25<br>550.00/hr | 137.50 |
| 3/16/2023 | BP | WK ON JT REPT; WK ON PROPOSED SCHED ORD; COMM ATTYS; DIARY; REC/REV COMMS CLT; COMMS CLT | 2.00<br>550.00/hr | 1,100.00 |
| 3/20/2023 | VS | COMM SHAWN D - WK ON DISC - PROCEEDING | 1.50<br>650.00/hr | 975.00 |
| | BP | REC/REV COMMS CO COUNSEL/DRAFT DISCOVERY; CONF CALL CO COUNSEL | 0.75<br>550.00/hr | 412.50 |
| 3/24/2023 | BP | COMMS ATTY | 0.25<br>550.00/hr | 137.50 |

**EXHIBIT 2**

Dr. Chandrakant Shah

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/28/2023 | BP | REC/REV JT REPT/SCHED ORD REDLINES; COMMS FIRM; COMMS ATTY; FINALIZE/FILE JT REPT/SCHED ORD | 1.50<br>550.00/hr | 825.00 |
| 4/28/2023 | BP | REC/REV DEF DISCL; COMM ATTY; DIARY | 0.25<br>550.00/hr | 137.50 |
| 5/5/2023 | BP | FINALIZE DISCL; COMM ATTY; COMMS CO COUNSEL | 1.50<br>550.00/hr | 825.00 |
| 6/15/2023 | BP | COMMS CO-COUNSEL; RESEARCH; DIARY | 0.50<br>550.00/hr | 275.00 |
| 6/16/2023 | BP | WK ON DISC REQ | 0.50<br>550.00/hr | 275.00 |
| 7/10/2023 | BP | WK ON DISC REQ TO DEF; COMM ATTY; DIARY | 3.00<br>550.00/hr | 1,650.00 |
| 8/4/2023 | BP | COMMS ATTY; COMM FIRM; DIARY | 0.50<br>550.00/hr | 275.00 |
| 8/21/2023 | BP | COMMS FIRM/WK ON DEF DISC; DIARY | 1.00<br>550.00/hr | 550.00 |
| 8/28/2023 | BP | LEGAL RESEARCH; COMM FIRM; DIARY | 0.75<br>550.00/hr | 412.50 |
| 9/17/2023 | BP | WK ON M2COMPEL | 1.50<br>550.00/hr | 825.00 |
| 9/20/2023 | BP | WK ON COMPEL | 1.25<br>550.00/hr | 687.50 |
| 9/29/2023 | BP | COMMS ATTY; DIARY | 0.75<br>550.00/hr | 412.50 |
| 10/2/2023 | BP | COMMS ATTY | 0.25<br>550.00/hr | 137.50 |
| 10/11/2023 | BP | WK ON STIPULATION ON CLASS DEADLINES; COMMS CO COUNSEL; COMMS ATTY; DIARY | 1.00<br>550.00/hr | 550.00 |
| 10/20/2023 | BP | REC/REV ATTY COMM CT; COMM ATTY; DIARY; WK ON M2C | 1.00<br>550.00/hr | 550.00 |
| 10/23/2023 | BP | WK ON M2C | 1.00<br>550.00/hr | 550.00 |
| 10/24/2023 | BP | LEGAL RESEARCH; FINALIZE M2COMPEL; FILE; DIARY | 3.50<br>550.00/hr | 1,925.00 |
| 11/14/2023 | BP | REC/REV DEF RESP2 M2C; COMM FIRM; DIARY | 1.25<br>550.00/hr | 687.50 |

**EXHIBIT 2**

Dr. Chandrakant Shah

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/21/2023 | BP | REC/REV CT ORD; COMM FIRM; DIARY | 0.50<br>550.00/hr | 275.00 |
| 11/28/2023 | BP | WK ON REPLY RE COMPEL; FILE | 1.00<br>550.00/hr | 550.00 |
| 12/4/2023 | DW | CORRESP CLT/ WK ON / REV FILE/ MTG IN FIRM/ CORRESP CO-COUNSEL | 0.50<br>550.00/hr | 275.00 |
| 1/15/2024 | BP | REC/REV CT ORD; COMMS FIRM/CO-COUNSEL; DIARY | 0.75<br>550.00/hr | 412.50 |
| 1/18/2024 | BP | COMMS CLT; COMMS CO-COUNSEL; COMM FIRM; DIARY | 1.00<br>550.00/hr | 550.00 |
| 1/30/2024 | BP | COMMS CO-COUNSEL; DIARY | 0.50<br>550.00/hr | 275.00 |
| 1/31/2024 | BP | REC/REV SCHED ORD; COMM FIRM; DIARY | 0.75<br>550.00/hr | 412.50 |
| 2/1/2024 | VS | REC OF CT SCH ORDER- RESEARCH- WK ON FOLLOW-UP = DISC - DAMAGES- | 1.50<br>650.00/hr | 975.00 |
| 2/4/2024 | BP | REC/REV COMM CLT; COMM CLT; DIARY | 0.25<br>550.00/hr | 137.50 |
| 2/14/2024 | VS | WK ON LETTER RE TRIAL - LETTER TO ATYS RE MED - WK ON MED | 0.75<br>650.00/hr | 487.50 |
| | BP | WK ON DISC REQ | 0.50<br>550.00/hr | 275.00 |
| 2/23/2024 | BP | WK ON EXPERTS | 1.00<br>550.00/hr | 550.00 |
| 2/27/2024 | BP | COMM ATTY; DIARY; WK ON EXPERT DESIGNATION | 1.75<br>550.00/hr | 962.50 |
| 2/28/2024 | BP | COMMS FIRM/CO-COUNSEL; WK ON MEDIATION; DIARY; WK ON EXPERT DESIGNATION | 1.75<br>550.00/hr | 962.50 |
| 2/29/2024 | BP | COMMS ATTY; DIARY; WK ON EXPERTS; WK ON PROD | 3.25<br>550.00/hr | 1,787.50 |
| 3/1/2024 | DW | WK ON EXPERT / REV FILE/ CORRSP IN FIRM | 0.50<br>550.00/hr | 275.00 |
| | BP | WK ON EXPERT DESIGNATION; WK ON PROD; COMMS CO-COUNSEL; FINALIZE DESIGNATION/PROD; COMM ATTY | 4.25<br>550.00/hr | 2,337.50 |
| 3/10/2024 | BP | WK ON DISC REQ TO DEF | 1.25<br>550.00/hr | 687.50 |

**EXHIBIT 2**

Dr. Chandrakant Shah

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/11/2024 | BP | FINALIZE DISC REQ TO DEF; COMM ATTY; DIARY | 2.00<br>550.00/hr | 1,100.00 |
| 3/18/2024 | BP | COMMS CLT; DIARY | 0.50<br>550.00/hr | 275.00 |
| 3/25/2024 | BP | COMMS CLT; COMM ATTY; COMM CLT; DIARY | 0.75<br>550.00/hr | 412.50 |
| 3/28/2024 | DW | WK ON PROD / REV FILE/ CORRSP IN FIRM | 0.75<br>550.00/hr | 412.50 |
| | BP | REC/REV COMM CLT; COMM CLT; COMMS FIRM; REV CLTD; COMMS FIRM/WK ON SUPP PROD | 3.50<br>550.00/hr | 1,925.00 |
| 4/2/2024 | DW | REV DOCS/ WK ON PROD | 1.00<br>550.00/hr | 550.00 |
| | BP | WK ON SUPP PROD; COMM ATTY | 1.50<br>550.00/hr | 825.00 |
| 4/10/2024 | BP | REC/REV COMM ATTY; COMMS FIRM; COMM ATTY; DIARY | 0.50<br>550.00/hr | 275.00 |
| 4/12/2024 | BP | CONF CALL W ATTY; WK ON FU/COMM FIRM; DIARY | 0.75<br>550.00/hr | 412.50 |
| 4/15/2024 | BP | REC/REV COMM ATTY; COMM FIRM; COMM ATTY; WK ON MEDIATION | 0.50<br>550.00/hr | 275.00 |
| 4/16/2024 | BP | COMMS CLT; DIARY; REC/REV DEF M4SUB | 0.50<br>550.00/hr | 275.00 |
| 4/17/2024 | BP | COMMS FIRM/CLT ATTYS; WK ON MEDIATION | 0.75<br>550.00/hr | 412.50 |
| 4/18/2024 | BP | COMMS FIRM/CLT/ATTYS; WK ON MEDIATION; WK ON JT STATUS REPT; COMMS ATTYS; FILE | 1.50<br>550.00/hr | 825.00 |
| 4/24/2024 | VS | WK ON MEDIATION - LETTER TO CLT | 1.50<br>650.00/hr | 975.00 |
| 4/30/2024 | BP | COMMS FIRM/MEDIATION PREP | 0.75<br>550.00/hr | 412.50 |
| 5/2/2024 | BP | REC/REV COMM MEDIATOR; COMM FIRM; DIARY | 0.50<br>550.00/hr | 275.00 |
| 5/3/2024 | BP | COMMS COCOUNSEL; DIARY; MEDIATION PREP/COMMS FIRM; COMM ATTYS/WK ON DISC; DIARY | 1.75<br>550.00/hr | 962.50 |
| 5/6/2024 | BP | COMM MEDIATOR; COMM FIRM | 0.50<br>550.00/hr | 275.00 |

**EXHIBIT 2**

Dr. Chandrakant Shah

| Date | Atty | Description | Hrs/Rate | Amount |
| --- | --- | --- | --- | --- |
| 5/6/2024 | DW | MED PREP/ WK ON / CORRSP MED | 0.50<br>550.00/hr | 275.00 |
| 5/7/2024 | BP | COMMS FIRM; COMM ATTY; REC/REV COMM ATTY; DIARY; MEDIATION PREP/MEDIATION | 2.00<br>550.00/hr | 1,100.00 |
| | DW | MED PREP/ MED /FOLLOW UP/ WK ON | 2.00<br>550.00/hr | 1,100.00 |
| 5/15/2024 | BP | WK ON DISC ISSUES; COMMS FIRM/CO-COUNSEL | 1.00<br>550.00/hr | 550.00 |
| 5/22/2024 | BP | COMMS CLT/FIRM | 0.50<br>550.00/hr | 275.00 |
| 5/26/2024 | DW | CORRSP COCOUNSEL/ WK ON / REV FILE | 0.50<br>550.00/hr | 275.00 |
| 5/30/2024 | VS | REC OF DEF RESP TO PROD - INT- REV - WK ON FOLLOW-UP - COMM CLT RE DEPO - WK ON | 1.75<br>650.00/hr | 1,137.50 |
| 6/11/2024 | VS | REC OF CT ORDER RE MED REPLY BUY DEF - RESEARCH DIARY | 0.50<br>650.00/hr | 325.00 |
| | BP | REC/REV CT ORDERS; COMMS FIRM; DIARY | 0.50<br>550.00/hr | 275.00 |
| 6/17/2024 | DW | CORRSP OPP COUNSEL/ WK ON / REV FILE | 0.50<br>550.00/hr | 275.00 |
| 6/18/2024 | BP | REC/REV DEF RESP2 MEDIATION | 0.50<br>550.00/hr | 275.00 |
| 6/19/2024 | BP | REC/REV DEF M4CONT; COMMS FIRM; DIARY | 0.75<br>550.00/hr | 412.50 |
| 6/20/2024 | DW | CORRSP OPP COUNSEL/ WK ON / REV FILE/ CORRSP IN FIRM/ CORRSP CLT | 1.00<br>550.00/hr | 550.00 |
| | BP | REC/REV DEF AMD M2CONT; COMMS FIRM/CO-COUNSEL; WK ON DISCOVERY ISSUES; DIARY | 1.00<br>550.00/hr | 550.00 |
| 6/21/2024 | DW | CORRSP IN FIRM/ WK ON COMPEL/ CORRSP CO-COUNSEL | 0.25<br>550.00/hr | 137.50 |
| | BP | WK ON COMPEL MEDIATION; COMMS FIRM/CO-COUNSEL; FILE | 0.75<br>550.00/hr | 412.50 |
| 6/26/2024 | DW | REV FILE/ CORRSP CO-COUNSEL/ WK ON | 0.50<br>550.00/hr | 275.00 |
| 6/27/2024 | DW | CORRSP IN FIRM/ WK ON DISC RESPS/ REV FILE/ WK ON | 1.00<br>550.00/hr | 550.00 |

**EXHIBIT 2**

Dr. Chandrakant Shah

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/28/2024 | VS | REC ORDER ON PLAINTIFF'S MOT TO COMPEL - DIARY | 0.25<br>650.00/hr | 162.50 |
| | BP | REC/REV CT ORD; COMMS FIRM/DIARY; COMMS FIRM/COCOUNSEL; WK ON DISC RESP; WK ON DEPO PLTF; REC/REV DEF M2WITHDRAW; COMM FIRM; DIARY | 2.00<br>550.00/hr | 1,100.00 |
| | DW | WK ON / REV FILE/ CORRSP IN FIRM / CORRSP OPP COUSNEL/ REV ORD/ CORRSP CO-COUNSEL | 1.50<br>550.00/hr | 825.00 |
| 7/1/2024 | BP | COMMS FIRM; DIARY | 0.50<br>550.00/hr | 275.00 |
| 7/2/2024 | DW | CORRSP IN FIRM/ WK ON / REV FILE/ CORRSP OPP COUNSEL | 0.50<br>550.00/hr | 275.00 |
| | BP | COMMS FIRM; REC/REV COMMS ATTY; DIARY | 0.50<br>550.00/hr | 275.00 |
| 7/3/2024 | DW | CORRSP IN FIRM/ WK ON / REV FILE / WK ON MORPS/ REV FILE | 1.00<br>550.00/hr | 550.00 |
| | BP | COMMS FIRM/WK ON CONTINUANCE RESP | 0.50<br>550.00/hr | 275.00 |
| 7/8/2024 | VS | COMM CT - WK ON SETTING - COMM CO COUNSEL | 0.50<br>650.00/hr | 325.00 |
| 7/9/2024 | BP | REC/REV COMM CLT; COMM CLT; REC/REV COMMS CT; COMMS FIRM/WK ON STATUS CONF HRG | 0.75<br>550.00/hr | 412.50 |
| 7/10/2024 | VS | PREPARE FOR HEARING - HEARING - RESEARCH - WK ON FOLLOW-UP - WK ON MED- DIARY | 2.25<br>650.00/hr | 1,462.50 |
| | BP | COMMS CLT; CONF CALL PREP; CONF CALL W/ CT; WK ON FU | 1.50<br>550.00/hr | 825.00 |
| 7/11/2024 | VS | REC CT ORDER - DIARY | 0.25<br>650.00/hr | 162.50 |
| 7/12/2024 | BP | COMMS CLT; COMM FIRM; DIARY | 0.50<br>550.00/hr | 275.00 |
| | DW | WK ON MED/ REV FILE/ CORRSP IN FIRM/ FILE MED NOTICE CT | 0.50<br>550.00/hr | 275.00 |
| | VS | WK ON MED SETTING - PRESENTATION | 0.50<br>650.00/hr | 325.00 |
| 7/15/2024 | VS | REC REV DEF MOT EXCLUDE EXPERTS - RESEARCH - WK ON - DIARY | 2.50<br>650.00/hr | 1,625.00 |

**EXHIBIT 2**

Dr. Chandrakant Shah

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/15/2024 | BP | REC/REV DEF M2STRIKE; COMMS FIRM; DIARY | 0.75<br>550.00/hr | 412.50 |
| | DW | REC AND REV FILING/ CORRSP IN FIRM/ WK ON | 0.50<br>550.00/hr | 275.00 |
| 7/16/2024 | BP | COMMS CLT | 0.25<br>550.00/hr | 137.50 |
| 7/17/2024 | VS | WK ON MED | 1.25<br>650.00/hr | 812.50 |
| 7/19/2024 | VS | WK ON DEPO FOLLOWUP | 1.25<br>650.00/hr | 812.50 |
| | BP | DEPO PREP; CLT MTG; DEPO PLTF; WK ON FU | 6.50<br>550.00/hr | 3,575.00 |
| | DW | DEPO FOLLOW UP/ CORRSP IN FIRM/ WK ON | 0.50<br>550.00/hr | 275.00 |
| 7/23/2024 | BP | COMMS CT; COMM FIRM; DIARY | 0.50<br>550.00/hr | 275.00 |
| 7/24/2024 | BP | CONF CALL W CT; WK ON FU; COMM COCOUNSEL; REC/REV CT ORD; DIARY | 2.00<br>550.00/hr | 1,100.00 |
| | DW | CORRSP IN FIRM/ WK ON / REV FILE | 0.50<br>550.00/hr | 275.00 |
| 8/1/2024 | VS | REC REV CT MINUTES OF CONFERENCE | 0.25<br>650.00/hr | 162.50 |
| 8/2/2024 | BP | CONF CALL W ATTY; COMM FIRM; DIARY | 0.50<br>550.00/hr | 275.00 |
| 8/5/2024 | BP | WK ON RESP2 M2STRIKE EXPERT; COMMS FIRM; FINALIZE RESP/FILE | 1.00<br>550.00/hr | 550.00 |
| 8/7/2024 | BP | COMMS FIRM; WK ON WITHDRAW/DISCOVERY ISSUES | 1.00<br>550.00/hr | 550.00 |
| 8/12/2024 | BP | REC/REV PLTF DEPO/WK ON; COMM CLT; DIARY | 1.50<br>550.00/hr | 825.00 |
| | DW | CORRSP IN FIRM/ WK ON DEPO CORRECT | 0.25<br>550.00/hr | 137.50 |
| 8/13/2024 | BP | REC/REV COMMS CT; COMMS FIRM; RESEARCH DEF; COMMS CLT; MEDIATION PREP | 1.00<br>550.00/hr | 550.00 |
| 8/14/2024 | BP | COMMS CLT; MEDIATION PREP | 2.00<br>550.00/hr | 1,100.00 |

**EXHIBIT 2**

Dr. Chandrakant Shah

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/15/2024 | VS | WK ON MEDIATION - FOLLOW-UP - RESEARCH | 4.25<br>650.00/hr | 2,762.50 |
| | BP | MEDIATION PREP; MEDIATION; WK ON FU | 4.00<br>550.00/hr | 2,200.00 |
| 8/16/2024 | BP | COMMS FIRM; WK ON DISC SUPP | 1.50<br>550.00/hr | 825.00 |
| 8/19/2024 | BP | COMMS CLT/WK ON DEPO | 0.50<br>550.00/hr | 275.00 |
| 8/20/2024 | BP | WK ON DEPO; COMMS CLT; COMM FIRM; DIARY | 1.00<br>550.00/hr | 550.00 |
| 8/23/2024 | BP | COMMS FIRM/WK ON DISC ISSUES; DIARY | 0.75<br>550.00/hr | 412.50 |
| 8/26/2024 | VS | RESEARCH - WK ON DEFAULT - FILE- DIARY | 3.50<br>650.00/hr | 2,275.00 |
| | BP | LEGAL RESEARCH; WK ON M2STRIKE; FILE | 2.75<br>550.00/hr | 1,512.50 |
| 8/29/2024 | VS | REC OF ATY NOTICE- RESEARCH - WK ON UPDATE- DIARY - COMM CLT - CO COUNSEL | 0.75<br>650.00/hr | 487.50 |
| | BP | REC/REV DEF NOTA; COMMS FIRM; DIARY | 0.50<br>550.00/hr | 275.00 |
| 8/30/2024 | VS | WK ON DEPOS - RESEARCH - WK ON LETTER- TO ATYS - WK ON EXHIBITS / REC OF CT ORDER OF AUG 30 - DIARY - BEGIN WK ON PRESENTATION OF POSITION | 3.25<br>650.00/hr | 2,112.50 |
| | BP | REC/REV CT ORD; COMM FIRM; DIARY | 0.50<br>550.00/hr | 275.00 |
| 9/5/2024 | BP | WK ON DEPOS; COMMS CLT; DIARY | 0.50<br>550.00/hr | 275.00 |
| 9/6/2024 | BP | COMMS FIRM/ATTYS; WK ON DISC ISSUES | 0.75<br>550.00/hr | 412.50 |
| 9/10/2024 | BP | CONF CALL W ATTY; WK ON DISC ISSUES; COMMS FIRM; DIARY | 1.00<br>550.00/hr | 550.00 |
| 9/11/2024 | BP | WK ON SUPP PROD; COMMS FIRM | 0.50<br>550.00/hr | 275.00 |
| 9/12/2024 | BP | REC/REV DEF PRO HAC; COMMS FIRM; DIARY | 0.50<br>550.00/hr | 275.00 |

**EXHIBIT 2**

Dr. Chandrakant Shah

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/13/2024 | BP | REC/REV DEF RESP2 SHOW CAUSE; COMMS FIRM; DIARY | 1.25<br>550.00/hr | 687.50 |
| 9/16/2024 | BP | WK ON SHOW CAUSE RESP; LEGAL RESEARCH; COMM FIRM | 1.75<br>550.00/hr | 962.50 |
| 9/18/2024 | BP | WK ON SUPP PROD/DAMAGES; REC/REV COMM CO-COUNSEL; COMM FIRM; DIARY | 1.00<br>550.00/hr | 550.00 |
| 9/19/2024 | BP | REC/REV COMM CO-COUNSEL; WK ON SUPP PROD; WK ON SUPP DISCL; COMM ATTY | 1.75<br>550.00/hr | 962.50 |
| 9/20/2024 | VS | REC OF RFP - COMM CO COUNSEL - RESEARCH - COMM CLT - WK ON RESP - DIARY | 0.75<br>650.00/hr | 487.50 |
| | BP | REC/REV DEF RFP2 TO PLTF; COMM FIRM; COMM CO-COUNSEL; DIARY | 0.50<br>550.00/hr | 275.00 |
| 9/25/2024 | BP | WK ON SHOW CAUSE REPLY | 1.00<br>550.00/hr | 550.00 |
| 9/26/2024 | VS | RESEARCH - WK ON OBJ TO DEF REPLY TO CT ORDER- | 2.50<br>650.00/hr | 1,625.00 |
| | BP | LEGAL RESEARCH; WK ON SHOW CAUSE REPLY | 3.00<br>550.00/hr | 1,650.00 |
| 9/27/2024 | BP | COMMS CLT; DIARY | 0.50<br>550.00/hr | 275.00 |
| 10/1/2024 | BP | REC/REV CLTD/RFP2 RESP; DIARY | 1.50<br>550.00/hr | 825.00 |
| 10/9/2024 | BP | COMMS FIRM/CLT/ATTY | 0.50<br>550.00/hr | 275.00 |
| 10/13/2024 | BP | DEPO PREP; COMMS CLT | 4.00<br>550.00/hr | 2,200.00 |
| 10/14/2024 | BP | DEPO PREP; DEPO DEF; WK ON FU; COMM ATTY; COMMS CLT/COCOUNSEL; DIARY | 6.50<br>550.00/hr | 3,575.00 |
| 10/15/2024 | BP | WK ON DISC RESPS/SUPP PROD; COMMS FIRM; DIARY | 1.50<br>550.00/hr | 825.00 |
| 10/18/2024 | BP | FINALIZE SUPP PROD; FINALIZE RFP2 RESP; COMM ATTY | 1.00<br>550.00/hr | 550.00 |
| 10/25/2024 | BP | COMM CLT; DIARY | 0.50<br>550.00/hr | 275.00 |
| 10/29/2024 | VS | REC OF SONAL SINAH DEPO - REV - WK ON FOLLOW-UP | 6.50<br>650.00/hr | 4,225.00 |

**EXHIBIT 2**

Dr. Chandrakant Shah

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/31/2024 | VS | WK ON SUPP - FILE / REC OF DEF DISCLOSURES AND EXPERT INFO - WK ON | 1.50<br>650.00/hr | 975.00 |
| | BP | WK ON SUPP DISCL; WK ON SUPP PROD; COMM ATTY; REC/REV DEF PROD; REC/REV DEF EXPERT; COMM FIRM; DIARY | 1.50<br>550.00/hr | 825.00 |
| 11/1/2024 | BP | REC/REV COMMS CLT/COMMS CLT | 0.50<br>550.00/hr | 275.00 |
| 11/15/2024 | BP | REC/REV DEF MSJ; COMMS FIRM; DIARY | 1.00<br>550.00/hr | 550.00 |
| 11/18/2024 | VS | WK ON ANS - RESP TO MOTION - RESEARCH - DIARY | 2.25<br>650.00/hr | 1,462.50 |
| | BP | LEGAL RESEARCH; WK ON RESP2 M4DEFAULT; WK ON ANS TO CC; FILE | 6.50<br>550.00/hr | 3,575.00 |
| 11/19/2024 | BP | COMMS CO-COUNSEL; REC/REV COMM CT CLERK RE DEFAULT; COMM FIRM | 0.50<br>550.00/hr | 275.00 |
| 11/20/2024 | BP | COMMS CLT | 0.50<br>550.00/hr | 275.00 |
| 11/21/2024 | BP | LEGAL RESEARCH/WK ON MSJ RESP | 3.00<br>550.00/hr | 1,650.00 |
| 11/26/2024 | BP | LEGAL RESEARCH; WK ON MSJ RESP | 3.00<br>550.00/hr | 1,650.00 |
| 12/2/2024 | VS | COMM CLT - CO COUNSEL - REV OYO REPLY RE DEFAULT - WK ON - RESEARCH - DIARY | 2.50<br>650.00/hr | 1,625.00 |
| | BP | WK ON MSJ RESP; COMMS COCOUNSEL/CLT; REC/REV DEF REPLY RE DEFAULT; COMM FIRM | 3.00<br>550.00/hr | 1,650.00 |
| 12/3/2024 | BP | COMMS CO-COUNSEL; COMMS CLT; WK ON MSJ RESP | 1.75<br>550.00/hr | 962.50 |
| 12/4/2024 | VS | COMM CLT - WK ON DECLARATION - RESEARCH | 1.75<br>650.00/hr | 1,137.50 |
| | BP | COMMS CLT; WK ON MSJ RESP | 1.50<br>550.00/hr | 825.00 |
| 12/5/2024 | BP | WK ON MSJ RESP | 5.75<br>550.00/hr | 3,162.50 |
| 12/6/2024 | BP | LEGAL RESEARCH; WK ON/FINALIZE MSJ RESP; FILE | 8.50<br>550.00/hr | 4,675.00 |
| 12/9/2024 | BP | REC/REV DEF RESP RE MOT4LEAVE; COMMS FIRM; DIARY | 1.00<br>550.00/hr | 550.00 |

**EXHIBIT 2**

Dr. Chandrakant Shah

| Date | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/20/2024 | VS | REC OF OYO REPLY TO SJ - RESEARCH - WK ON FOLLOW-UP | 1.75<br>650.00/hr | 1,137.50 |
| 1/23/2025 | DW | WK ON LIM / WK ON PRETRIAL | 0.25<br>550.00/hr | 137.50 |
| 1/27/2025 | BP | WK ON TRIAL EXHIBITS | 5.00<br>550.00/hr | 2,750.00 |
| 1/28/2025 | BP | WK ON TRIAL EXHIBITS | 4.75<br>550.00/hr | 2,612.50 |
| 1/29/2025 | BP | WK ON EXHIBITS; WK ON EXHIBIT LIST | 5.00<br>550.00/hr | 2,750.00 |
| 2/3/2025 | DW | WK ON EXHIBITS/ REV FILE | 1.75<br>550.00/hr | 962.50 |
| 2/4/2025 | BP | WK ON TRIAL EXS | 4.75<br>550.00/hr | 2,612.50 |
| 2/11/2025 | VS | COMM ATY KRAUSE- WK ON SETTLEMENT | 0.75<br>650.00/hr | 487.50 |
| | BP | REC/REV COMM ATTY; COMM FIRM; COMM CLT; WK ON SETL CONF MTG; DIARY | 0.75<br>550.00/hr | 412.50 |
| 2/12/2025 | BP | COMMS ATTY/WK ON TRIAL WITNESSES; DIARY | 0.25<br>550.00/hr | 137.50 |
| | DW | WK ON EXHIBITS/ REV FILE/ CORRSP IN FIRM | 6.00<br>550.00/hr | 3,300.00 |
| 2/18/2025 | BP | WK ON PRETRIAL FILINGS | 0.50<br>550.00/hr | 275.00 |
| 2/19/2025 | BP | WK ON EXHIBITS | 3.50<br>550.00/hr | 1,925.00 |
| 2/20/2025 | BP | COMMS ATTY | 0.50<br>550.00/hr | 275.00 |
| 2/21/2025 | BP | COMMS CLT | 0.50<br>550.00/hr | 275.00 |
| 2/24/2025 | BP | WK ON EXHIBITS; WK ON PRETRIAL FILINGS | 3.50<br>550.00/hr | 1,925.00 |
| 2/26/2025 | BP | WK ON TRIAL EXHIBITS/PRETRIAL FILINGS | 4.50<br>550.00/hr | 2,475.00 |
| 2/27/2025 | BP | WK ON EXHIBITS/EXHIBIT LIST; COMMS ATTY; COMMS FIRM | 4.00<br>550.00/hr | 2,200.00 |

**EXHIBIT 2**

Dr. Chandrakant Shah

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/28/2025 | BP | WK ON EXHIBITS; WK ON PRETRIAL FILINGS | 5.00<br>550.00/hr | 2,750.00 |
| 3/3/2025 | BP | SETL CONF W DEF; WK ON SETL REPT; COMM ATTY; REC/REV COMM ATTY/REVISE SETL REPT; FINALIZE/FILE SETL REPT; WK ON PRE TRIAL FILINGS; DIARY | 3.50<br>550.00/hr | 1,925.00 |
| 3/4/2025 | BP | WK ON PRETRIAL FILINGS | 2.50<br>550.00/hr | 1,375.00 |
| 3/5/2025 | BP | WK ON EXHIBITS/LIST; WK ON JT PRETRIAL ORDER/PLTF PRETRIAL FILINGS; COMM ATTY; DIARY | 3.50<br>550.00/hr | 1,925.00 |
| 3/6/2025 | BP | WK ON PRETRIAL FILINGS | 1.25<br>550.00/hr | 687.50 |
| 3/7/2025 | BP | WK ON PRETRIAL FILINGS; REC/REV CT ORD RE MOTIONS/TRIAL SETTINGS; COMMS FIRM/CLT; DIARY | 3.00<br>550.00/hr | 1,650.00 |
| 3/10/2025 | BP | COMMS CLT/FIRM; DIARY | 0.75<br>550.00/hr | 412.50 |
| 3/17/2025 | VS | REC OF CT ORDER - RESEARCH - DIARY | 0.50<br>650.00/hr | 325.00 |
| 3/18/2025 | VS | WK ON FOLLOW-UP TO CT ORDER- WK ON ATY FEES -RESEARCH - DIARY | 1.25<br>650.00/hr | 812.50 |
| | BP | REV CT ORD; COMM FIRM; REV PLTF FEE STATEMENTS; COMMS FIRM/ATTY; DIARY | 1.50<br>550.00/hr | 825.00 |
| 3/20/2025 | VS | COMM ATY - WK ON COLLECTION - RESEARCH - REV CT ORDER - WK ON FOLLOW-UP | 0.50<br>650.00/hr | 325.00 |
| 3/21/2025 | BP | REC/REV DEF AMD MOT PRO HAC; COMM FIRM; DIARY | 0.50<br>550.00/hr | 275.00 |
| 3/24/2025 | BP | REC/REV COMM CT/COMM CT | 0.25<br>550.00/hr | 137.50 |
| 3/25/2025 | BP | COMM FIRM/REV DEF WIRE TRANSF | 0.25<br>550.00/hr | 137.50 |
| 3/27/2025 | BP | CONF CALL W CT PREP; CONF CALL W CT; WK ON FU/COMM CLT/COCOUNSEL; REC/REV CT ORD | 1.00<br>550.00/hr | 550.00 |
| 3/28/2025 | BP | COMMS CLT | 0.50<br>550.00/hr | 275.00 |
| 4/22/2025 | BP | COMMS CLT | 0.25<br>550.00/hr | 137.50 |

**EXHIBIT 2**

Dr. Chandrakant Shah

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/27/2025 | BP | REC/REV COMM CLT; COMM CLT | 0.25<br>550.00/hr | 137.50 |
| 6/16/2025 | BP | COMMS CLT | 0.25<br>550.00/hr | 137.50 |
| 6/27/2025 | BP | COMMS CLT; COMMS FIRM; DIARY | 0.50<br>550.00/hr | 275.00 |
| 7/15/2025 | VS | REC OF CT ORDER- WK ON REFERRAL MED- WK ON DAMAGES- SETTLEMENT - RESEARCH | 2.50<br>650.00/hr | 1,625.00 |
| | BP | REC/REV CT ORD; COMM FIRM; COMM CLT; COMMS ATTY; DIARY | 1.25<br>550.00/hr | 687.50 |
| | DW | CORRSP IN FIRM/ REC AND REV ORD/ WK ON | 0.25<br>550.00/hr | 137.50 |
| 7/22/2025 | BP | COMMS FIRM; REC/REV COMM ATTY; WK ON STIPULATION; COMM ATTY; FILE; COMMS CLT/FIRM; DIARY | 0.75<br>550.00/hr | 412.50 |
| 7/24/2025 | BP | REC/REV CLTD; COMM CLT; DIARY | 0.75<br>550.00/hr | 412.50 |
| 8/5/2025 | BP | COMMS CLT | 0.25<br>550.00/hr | 137.50 |
| 8/6/2025 | VS | REC OF CT ORDER RE MED- WK ON MED PRESENTATION - COMM CLT - | 2.25<br>650.00/hr | 1,462.50 |
| | BP | REV COMM CT/COMMS CLT; DIARY | 0.50<br>550.00/hr | 275.00 |
| 8/8/2025 | VS | COMM CT  WK ON MED- COMM CLT - WK ON PRESENTATION | 1.25<br>650.00/hr | 812.50 |
| 8/13/2025 | VS | REC OF CT SCH ORDER- WK ON CONFERENCE | 0.50<br>650.00/hr | 325.00 |
| | BP | COMMS CLT | 0.25<br>550.00/hr | 137.50 |
| 9/15/2025 | VS | COMM ATYS - WK ON DEF WITHDRAWAL ISSUES - WK ON MED | 2.25<br>650.00/hr | 1,462.50 |
| 9/18/2025 | VS | WK ON SETTLEMENT DEMAND - RESEARCH - COMM CLT | 1.50<br>650.00/hr | 975.00 |
| | BP | REV MEDIATION ORD; WK ON DEMD; COMM FIRM/CLT/COCOUNSEL | 1.50<br>550.00/hr | 825.00 |
| 9/19/2025 | VS | WK ON MED- DEMAND - WK ON ATY FEES- COMM SHAWN -- SEND DEMAND - WK ON MED | 1.50<br>650.00/hr | 975.00 |

**EXHIBIT 2**

Dr. Chandrakant Shah

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/19/2025 | BP | COMMS CLT/COCOUNSEL/FIRM; WK ON SETL DEMD; COMM ATTY; COMM CT | 1.25<br>550.00/hr | 687.50 |
| 9/26/2025 | BP | REC/REV COMM ATTY; COMMS FIRM; DIARY | 0.75<br>550.00/hr | 412.50 |
| 9/29/2025 | BP | COMMS CLT | 0.25<br>550.00/hr | 137.50 |
| 10/6/2025 | VS | WK ON RESP TO MOTION TO WITHDRAW- RESEARCH - FILE | 1.00<br>650.00/hr | 650.00 |
| 10/7/2025 | BP | COMMS FIRM; DIARY | 0.50<br>550.00/hr | 275.00 |
| 10/8/2025 | VS | WK ON MED- LETTER TO CLT | 1.25<br>650.00/hr | 812.50 |
| | BP | COMMS FIRM; COMMS CLT; DIARY | 0.50<br>550.00/hr | 275.00 |
| 10/10/2025 | VS | REC OF CT ORDER- COMM CLT - WK ON MED | 1.25<br>650.00/hr | 812.50 |
| | BP | REC/REV CT ORD; COMMS FIRM; COMMS CLT; DIARY | 1.00<br>550.00/hr | 550.00 |
| 10/13/2025 | BP | COMMS FIRM; COMMS CLT; DIARY | 0.50<br>550.00/hr | 275.00 |
| 10/20/2025 | VS | REC OF DEF ATY LETTER - REV - WK NON MED | 0.50<br>650.00/hr | 325.00 |
| | BP | REC/REV DEF LTR 2 CT; COMMS CLT | 0.50<br>550.00/hr | 275.00 |
| 10/29/2025 | BP | MEDIATION PREP; COMMS CLT/COCOUNSEL | 1.50<br>550.00/hr | 825.00 |
| 10/30/2025 | BP | MEDIATION; WK ON FU; DIARY | 6.25<br>550.00/hr | 3,437.50 |
| 10/31/2025 | BP | COMMS ATTY | 0.25<br>550.00/hr | 137.50 |
| 11/7/2025 | BP | COMMS CLT | 0.25<br>550.00/hr | 137.50 |
| 11/10/2025 | BP | REC/REV COMM CLT; COMM CLT; DIARY | 0.25<br>550.00/hr | 137.50 |
| 11/13/2025 | BP | COMM CLT | 0.25<br>550.00/hr | 137.50 |

**EXHIBIT 2**

Dr. Chandrakant Shah

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/14/2025 | BP | REC/REV ATTY; COMM CT; COMM FIRM; COMM CLT; DIARY | 0.50<br>550.00/hr | 275.00 |
| 11/19/2025 | VS | REC OF ORDER - DIARY | 0.25<br>650.00/hr | 162.50 |
| | BP | REC/REV CT ORD; COMM FIRM; DIARY; COMMS CLT | 0.50<br>550.00/hr | 275.00 |
| 12/8/2025 | VS | WK ON MOTION TO STRIKE - RESEARCH - FILE - DIARY | 0.75<br>650.00/hr | 487.50 |
| | BP | COMM FIRM; REV DOCKET; WK ON SECOND MOT2STRIKE; FILE; COMM DEF; REC/REV DEF NOT APP; REC/REV COMM ATTY; COMM ATTY; COMMS FIRM/CLT; DIARY | 2.25<br>550.00/hr | 1,237.50 |
| 12/9/2025 | BP | COMMS CLT | 0.25<br>550.00/hr | 137.50 |
| 12/22/2025 | BP | REC/REV DEF RESP RE M2STRIKE; COMMS CLT/FIRM; DIARY | 0.75<br>550.00/hr | 412.50 |
| 1/5/2026 | VS | WK ON MOTION TO STRIKE - RESEARCH - FILE - DIARY | 2.50<br>650.00/hr | 1,625.00 |
| | BP | LEGAL RESEARCH; WK ON REPLY RE MOT2STRIKE; FILE; DIARY | 3.25<br>550.00/hr | 1,787.50 |
| 1/9/2026 | VS | REC OF DEF MOTION FOR LEAVE- REV- DIARY - RESEARCH | 1.00<br>650.00/hr | 650.00 |
| 1/11/2026 | BP | REC/REV COMMS CLT/ATTY; COMMS CLT; COMM ATTY; DIARY | 0.50<br>550.00/hr | 275.00 |
| 1/12/2026 | VS | COMM ATY - RESEARCH - WK ON | 0.50<br>650.00/hr | 325.00 |
| 1/14/2026 | VS | REC OF CT ORDER - DIARY - WK ON HEARING - COMM CLT - CO COUNSEL | 1.25<br>650.00/hr | 812.50 |
| | BP | REC/REV CT ORD SETTING HRG; COMMS ATTY/CLT/FIRM; WK ON MOT CONT HRG; COMMS ATTY; REC/REV MOT WITHDRAWAL | 1.00<br>550.00/hr | 550.00 |
| 1/15/2026 | BP | REV DEF MOT WITHDRAW; COMMS ATTY; COMMS CLT; DIARY | 0.75<br>550.00/hr | 412.50 |
| 1/16/2026 | BP | REC/REV CT ORD; COMM FIRM; COMM ATTY; DIARY | 0.50<br>550.00/hr | 275.00 |
| 1/21/2026 | BP | COMMS ATTY/FIRM/WK ON NOTICE TO CT; FILE; DIARY; LEGAL RESEARCH | 1.75<br>550.00/hr | 962.50 |

**EXHIBIT 2**

Dr. Chandrakant Shah

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/22/2026 | BP | COMMS ATTY; COMMS FIRM; DIARY | 0.50<br>550.00/hr | 275.00 |
| 1/28/2026 | VS | REC OF NOTICE OF PP - UPDATE | 0.25<br>650.00/hr | 162.50 |
| 2/12/2026 | VS | REV FOR HEARING - COMM BEAU - WK ON HEARING FOLLOW-UP - WK ON REPORT TO COURT - RESEARCH | 3.25<br>650.00/hr | 2,112.50 |
| | BP | HEARING PREP; LEGAL RESEARCH; HEARING ON M2STRIKE; COMMS CLT/WK ON FU; REC/REV CT EFILE; DIARY; COMMS COCOUNSEL; DIARY | 4.00<br>550.00/hr | 2,200.00 |
| 2/13/2026 | BP | COMMS COCOUNSEL; REV COMM ATTY; WK ON ATTY FEE SUBM | 0.75<br>550.00/hr | 412.50 |
| 2/16/2026 | BP | COMMS FIRM/CLT/COCOUNSEL; LEGAL RESEARCH; WK ON FEE SUBMISSION | 1.50<br>550.00/hr | 825.00 |
| 2/17/2026 | BP | COMMS CLT/COCOUNSEL; LEGAL RESEARCH; WK ON/FINALIZE FEE SUBMISSION; DIARY | 3.25<br>550.00/hr | 1,787.50 |
| | | For professional services rendered | 539.25 | $310,737.50 |

Accounts receivable transactions

| | | |
|---|---|---|
| 6/13/2024 | Payment (Desai) - Thank You. Check No. 2136 | ($841.50) |
| 8/12/2025 | Payment - Thank You. Check No. 10220 | ($8,575.00) |
| | Total payments and adjustments | ($9,416.50) |
| | Balance due | $301,321.00 |

**EXHIBIT 2**