*ATTORNEY-CLIENT PRIVILEGED DOCUMENT*

# Desai
## Legal Services PLLC

**Please send payment with:**

Pay Securely With LawPay

*Click-to-pay Link available upon request*

**OR, mail check payable to:**
Desai Legal Services PLLC
6450 Farmington Road
West Bloomfield, Michigan 48322

# LEGAL FEE INVOICE

Thank you! It is great to have you as my client! – Shawn

***Please submit payment within 14 days of receiving this Invoice** to avoid late penalties of 10% APR*.*
***DUE BY:***

| Shree Veer Corporation and Chief Hospitality LLC | **BALANCE DUE**<br>**Upon Receipt**<br>**$1625.00** |
|---|---|

*Litigation Services and documents rendered by Desai Legal Services as described in the following table (including any legal technology fees as applicable):*

| | Date | Qty / Hr. Rate | Time Spent | Total |
|---|---|---|---|---|
| Review of drafts of Plaintiffs' Motion to Strike Defendant's Pleadings and for Entry of Default Judgment (Doc. 75), filed August 26, 2024, meeting with legal assistants and co-counsel as well as any needed legal research and conference with client | August 20-26, 2024 | **$325.00** | **1.0** | **$325.00** |
| Review of drafts of Plaintiffs' Reply to Defendant's Response to Show Cause Order (Doc. 82), filed September 26, 2024, meeting with legal assistants and co-counsel as well as any needed legal research and conference with client | September 21-26, 2024 | **$325.00** | **1.0** | **$325.00** |

**EXHIBIT 3**

| | | | | |
|---|---|---|---|---|
| Review of drafts of Plaintiffs' Second Motion to Strike Defendant's Pleadings and for Entry of Default Judgment (Doc. 117), filed December 8, 2025; meeting with legal assistants and co-counsel as well as any needed legal research and conference with client | December 2- 8, 2025 | **$325.00** | **2.0** | **$650.00** |
| Review of drafts of Plaintiffs' Reply in Support of Plaintiffs' Second Motion to Strike Defendant's Pleadings and for Entry of Default Judgment (Doc. 121), filed January 5, 2026; meeting with legal assistants and co-counsel as well as any needed legal research and conference with client | January 2-5, 2025 | **$325.00** | **1.0** | **$325.00** |
| | | **TOTAL Hours** | **5.0** | **$1625.00** |
| ***3% processing fee*** | | | | **$0** |
| ***TOTAL*** | | | | **$1625.00** |

**EXHIBIT 3**