**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SHREE VEER CORPORATION,** ***on behalf of themselves and all other similarly situated*****, and CHIEF HOSPITALITY, LLC,** ***Plaintiffs*****,** | § § § § | **CIVIL ACTION NO: 3:20-CV-3268-L** |
| **v.** | § § | |
| **OYO HOTELS, INC.,** ***Defendant*****.** | § § | |

**PLAINTIFFS' REPLY IN SUPPORT OF REQUEST FOR ATTORNEY'S FEES**

COME NOW, Shree Veer Corporation and Chief Hospitality, LLC, Plaintiffs in the above entitled and numbered civil action, and pursuant to the Court's February 13, 2026 Order (ECF Doc. 134), submits this *Reply in Support of Request for Attorney's Fees*:

1. The Court's February 13, 2026 Order set a deadline of March 2, 2026 for Defendant to submit a response to Plaintiff's Request for Attorney's Fees (filed on February 17, 2026 as ECF Doc. 135). ECF Doc. 134 at p. 2.
2. Defendant did not submit any response prior to the Court's deadline.
3. Therefore, this matter is ripe for determination by the Court.

Respectfully submitted,

*/s/ Beau Powell*

EVAN LANE (VAN) SHAW
State Bar No. 18140500
JEREMY B. (BEAU) POWELL
State Bar No. 24099163
DAVID J. WELCH
State Bar No. 24098593
SHAW WELCH POWELL
2723 Fairmount
Dallas, Texas 75201
(214) 754-7110
FAX NO. (214) 754-7115
van@shawlaw.net
beau@shawlaw.net
david@shawlaw.net

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause in accordance with the Rules of Civil Procedure, on this 4th day of March 2026.

*/s/ Beau Powell*
JEREMY B. (BEAU) POWELL