**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SHREE VEER CORPORATION,** ***on behalf of themselves and all other similarly situated*****, and CHIEF HOSPITALITY, LLC,** ***Plaintiffs*****,** | § § § § | **CIVIL ACTION NO: 3:20-CV-3268-L** |
| **v.** | § § | |
| **OYO HOTELS, INC.,** ***Defendant*****.** | § § | |

**PARTIES' STATEMENT REGARDING TRIAL MONTHS AND LENGTH OF TRIAL**

COME NOW, Shree Veer Corporation and Chief Hospitality, LLC, Plaintiffs in the above entitled and numbered civil action, and pursuant to the Court's August 19, 2026 Order (ECF Doc. 137), submits this *Parties Statement Regarding Trial Months and Length of Trial*:

1. The Court's August 19, 2026 Order set a deadline of August 31, 2026 at 5:00 p.m. to inform the court in writing regarding 1) three separate months after October 2026 in which the Parties will be ready for trial and 2) how long the case will take to try (filed on August 19, 2026 ECF Doc. 137).
2. The Parties inform the Court that they will be ready for trial **April 2027, May 2027 and June 2027**.
3. The Parties inform the Court that they agree the anticipated length of trial is **four to five days**.

Respectfully submitted,

*/s/ David J. Welch*

EVAN LANE (VAN) SHAW
State Bar No. 18140500
DAVID J. WELCH
State Bar No. 24098593
BERNARD J. GRANT
State Bar No. 24031635
SHAW & WELCH
2723 Fairmount
Dallas, Texas 75201
(214) 754-7110
FAX NO. (214) 754-7115
van@shawlaw.net
david@shawlaw.net
bernard@shawlaw.net

ATTORNEYS FOR PLAINTIFFS

KAUFMAN | DOLOWICH LLP

*/s/ Chantel C. Wonder*

**CHRISTOPHER E. BROWN, ESQUIRE**
Texas Bar No.: 24145884
Email: cbrown@kaufmandolowich.com
Chantel Wonder (pro hac vice)
Florida Bar No.: 87601
chantel.wonder@kaufmandolowich.com
Sean Sullivan, Esquire (pro hac vice)
Louisiana Bar No.: 33398
sean.sullivan@kaufmandolowich.com
14643 Dallas Parkway, Suite 550
Dallas, TX 75254
Main: 972-781-2400
Fax: 972-781-2401

ATTORNEYS FOR DEFENDANT
OYO HOTELS, INC.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause in accordance with the Rules of Civil Procedure, on this 31st day of August 2026.

*/s/Bernard J. Grant*
BERNARD J. GRANT